B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Xechem International, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>22-3284803 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>379 Thornall Street, 12th Floor<br>Edison, NJ<br>ZIP Code 08818-2911 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Middlesex | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $50<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)

Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Xechem International, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Xechem International, Inc. |

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). | (Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X _____ <br> Signature of Debtor | X _____ <br> Signature of Foreign Representative |
| X _____ <br> Signature of Joint Debtor | _____ <br> Printed Name of Foreign Representative |
| _____ <br> Telephone Number (If not represented by attorney) | _____ <br> Date |
| _____ <br> Date | |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X *(signature)* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Signature of Attorney for Debtor(s)<br><br>Douglas S. Draper #5073   *Deborah Falls #30704480*<br>Printed Name of Attorney for Debtor(s)<br><br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>Firm Name<br>650 Poydras Street, Ste. 2500<br>New Orleans, LA 70130 | _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer |
| Address | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| 504-299-3300  Fax: 504-299-3399<br>Telephone Number<br><br>*11-7-08*<br>Date | _____ <br> Address |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | X _____ <br><br> _____ <br> Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| X *(signature)*<br>Signature of Authorized Individual<br><br>Stephen Burg<br>Printed Name of Authorized Individual<br><br>Corporate Designee   *Director*<br>Title of Authorized Individual<br><br>*11-7-08*<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Xechem International, Inc.

_____

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Abundance Partners LP<br>Attn: Vladimir Efros<br>60 West 13 Street, Ste. 11F<br>New York, NY 10011 | Abundance Partners LP<br>Attn: Vladimir Efros<br>60 West 13 Street, Ste. 11F<br>New York, NY 10011 | Loans and accrued interest | | 158,618.40 |
| Alpha Capital Anstalt<br>c/o LH Financial Association<br>150 Central Park South, 2nd Fl.<br>New York, NY 10019 | Alpha Capital Anstalt<br>c/o LH Financial Association<br>150 Central Park South, 2nd Fl.<br>New York, NY 10019 | Loans and accrued interest | Disputed | 382,582.20 |
| Central Yeshiva Beth Joseph<br>418 Avenue I<br>Brooklyn, NY 11230 | Central Yeshiva Beth Joseph<br>418 Avenue I<br>Brooklyn, NY 11230 | Loans and accrued interest | | 492,052.00 |
| Charles B. Ganz<br>Stratum Wealth Management<br>2101 NW Corporate Blvd. Suite 211<br>Boca Raton, FL 33431 | Charles B. Ganz<br>Stratum Wealth Management<br>2101 NW Corporate Blvd. Suite 211<br>Boca Raton, FL 33431 | Loans and accrued interest | | 439,380.00 |
| Margie Chassman<br>445 West 23 Str., #16E<br>New York, NY 10011 | Margie Chassman<br>445 West 23 Str., #16E<br>New York, NY 10011 | Loans and accrued interest | | 1,466,255.70 |
| CLMS Management, LLC<br>Attn: Custody, Ste 2100<br>1270 Ave. of the Americas<br>New York, NY 10020 | CLMS Management, LLC<br>Attn: Custody, Ste 2100<br>1270 Ave. of the Americas<br>New York, NY 10020 | Loans and accrued interest | | 126,000.00 |
| Diamondback Master Fund Ltd.<br>c/o Diamondback Capital Mgnt, LLC<br>Attn:Mark Hadlock-1 Landmark,15 FL<br>Stamford, CT 06901 | Diamondback Master Fund Ltd.<br>c/o Diamondback Capital Mgnt, LLC<br>Attn:Mark Hadlock-1 Landmark,15 FL<br>Stamford, CT 06901 | Loans and accrued interest | | 1,200,000.00 |
| Firebird Global Master Fund II,Ltd<br>Attn: James Pasin-FG2 Advisors LLC<br>152 West 57 Str - 24 Fl.<br>New York, NY 10019 | Firebird Global Master Fund II,Ltd<br>Attn: James Pasin-FG2 Advisors LLC<br>152 West 57 Str - 24 Fl.<br>New York, NY 10019 | Loans and accrued interest | | 546,546.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Xechem International, Inc.                                           Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Geronimo, LLC (ML Prof.Clring Corp)<br>c/o Jason M. Adler<br>2 Rector Street, Ste. 322<br>New York, NY 10006 | Geronimo, LLC (ML Prof.Clring Corp)<br>c/o Jason M. Adler<br>2 Rector Street, Ste. 322<br>New York, NY 10006 | Loans and accrued interest | | 240,000.00 |
| Francois Lemaigre<br>72 Doneralle Street<br>Fulham, London SW6 6EP<br>United Kingdom | Francois Lemaigre<br>72 Doneralle Street<br>Fulham, London SW6 6EP<br>United Kingdom | Loans and accrued interest | | 164,716.67 |
| Thomas J. LoBue<br>25 Central Park West, Ste. 10Z<br>New York, NY 10023 | Thomas J. LoBue<br>25 Central Park West, Ste. 10Z<br>New York, NY 10023 | Loans and accrued interest | | 120,000.00 |
| Thomas Malley<br>19 Martin Lane<br>Englewood, CO 80113 | Thomas Malley<br>19 Martin Lane<br>Englewood, CO 80113 | Loans and accrued interest | | 120,000.00 |
| Renuka Misra<br>1405 Key Parkway East, Unit 201A<br>Frederick, MD 21702 | Renuka Misra<br>1405 Key Parkway East, Unit 201A<br>Frederick, MD 21702 | Loans and accrued Interest | | 506,579.00 |
| Persistency<br>Persistency Capital Cayman, LP<br>Attn: Custody<br>1270 Ave of Americas,Ste 2100<br>New York, NY 10020 | Persistency<br>Persistency Capital Cayman, LP<br>Attn: Custody<br>New York, NY 10020 | Loans and accrued interest | | 1,200,000.00 |
| Platinum Prtners L T Growth VI<br>Attn: Mark Nordlicht<br>152 West 57 Str., 54th Fl.<br>New York, NY 10019 | Platinum Prtners L T Growth VI<br>Attn: Mark Nordlicht<br>152 West 57 Str., 54th Fl.<br>New York, NY 10019 | Loans and accrued interest | | 819,819.00 |
| Beverly Robbins<br>420 Patton Avenue<br>Piscataway, NJ 08854 | Beverly Robbins<br>420 Patton Avenue<br>Piscataway, NJ 08854 | Loans and accrued interest | | 432,250.00 |
| Donald Salcito<br>9Martin lane<br>Englewood, CO 80113 | Donald Salcito<br>9Martin lane<br>Englewood, CO 80113 | Loans and accrued interest | | 120,000.00 |
| Harry S.Silver<br>940 Park Avenue, Ste. 8A<br>New York, NY 10028 | Harry S.Silver<br>940 Park Avenue, Ste. 8A<br>New York, NY 10028 | Loans and accrued interest | | 270,000.00 |
| TOXIKON Corporation<br>15 Wiggins Avenue<br>Bedford, MA 01730 | TOXIKON Corporation<br>15 Wiggins Avenue<br>Bedford, MA 01730 | Toxicology studies | | 325,022.50 |
| Whalehaven Capital Fund Ltd.<br>Attn: Brian Mazzella<br>160 Summit Avenue<br>Montvale, NJ 07645 | Whalehaven Capital Fund Ltd.<br>Attn: Brian Mazzella<br>160 Summit Avenue<br>Montvale, NJ 07645 | Loan and accrued interest | | 273,273.00 |

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re    Xechem International, Inc.                                           Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Designee of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    11-7-08                          Signature    *Stephen Burg*
                                                     Stephen Burg
                                                     Corporate Designee    Director

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**United States Bankruptcy Court**
Northern District of Illinois

In re   Xechem International, Inc.

_____ Debtor(s)

Case No. _____

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   158

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   11-7-08                    _____
                                   Stephen Burg/Corporate Designee
                                   Signer/Title  Director

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Xechem International, Inc.
379 Thornall Street, 12th Floor
Edison, NJ 08818-2911


Douglas S. Draper
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Ste. 2500
New Orleans, LA 70130


U.S. Attorney's Office
219 South Dearborn Str., Ste 5000
Chicago, IL 60604


Illinois Dept. of Revenue
James R. Thompson Center
100 West Randolph Str.
Chicago, IL 60601


Office of the U.S. Trustee
227 W. Monroe St., Ste 3350
Chicago, IL 60606


I.R.S.
230 South Dearborn Street
Chicago, IL 60604


Absolute Protective Systems
3 Kellogg Court Unite 13
Edison, NJ 08817


Abundance Partners LP
Attn: Vladimir Efros
60 West 13 Street, Ste. 11F
New York, NY 10011


AesRX, LLC c/o Nancy L. Manzer
Wilmer Hale LP
1875 Pennsylvania Ave, NW
Washington, DC 20006


AFCO
4501 Colege Blvd., Ste. 3200
Leawood, KS 66211-2328

Adetokundo Razaq, Ajayi
3423 W. 72 Pl
Chicago, IL 60629-3507


Haziz Adelunkle Ajayi
3423 W. 72 Pl
Chicago, IL 60629-3507


Alembic, Limited
Alembic Road
Vadodara - 390-003
Gujarat, India


Alpha Capital Anstalt
c/o LH Financial Association
150 Central Park South, 2nd Fl.
New York, NY 10019


Anil G. Bhansali
6 New Orleans Court
Commack, NY 11725


Anthony J. Pasquariello & Assoc.
305 E. Main Street
Middleville, NJ 07855


Basu Biosciences
Attn: Shekhar K. Basu
39 Heathcote Drive
Mount Kisco, NY 10549


Bay Tact Corporation
440 route 198
Woodstock Valley, CT 06282


Adeyinica Belco
26 rocco Court
Staten Island, NY 10310


Benchmark
PO Box 60000
San Francisco, CA 94160-3484

Bereskiin & Parr
40 King Street West
Toronto, M5H 3Y2 Canada


Laura Berlin
45 Old Oak Road
West Hartford, CT 06117


Beverly A. Berman
89 Mattison Drive
Concord, MA 01742


Bernstein & Pinchuk, LLP
Seven Penn Plaza, Suite 830
New York, NY 10001


Gopal M. Bhatnagar
12106 Pawnee Drive
Gaithersburg, MD 20878


Bolet & Terrero
c/o Aerocav N 1453
PO Box 02-5304
Miami, FL 33102-5304


Elliot G. Bossen
1414 Raleigh Road, Ste. 250
Chapel Hill, NC 27517


Buchi Corporation
19 Lukens Drive
New Castle, DE 19720


Business Council for
Intl Understanding
1212 Avenue of the Americas, 10th Fl.
New York, NY 10036


Business Wire
PO Box 45348
San Francisco, CA 94145-0348


Central Yeshiva Beth Joseph
418 Avenue I
Brooklyn, NY 11230

Charles B. Ganz
Stratum Wealth Management
2101 NW Corporate Blvd. Suite 211
Boca Raton, FL 33431


Chase Bank
133 Neilson St.
New Brunswick, NJ 08901


Margie Chassman
445 West 23 Str., #16E
New York, NY 10011


William S. Chester
5017 Buffalo Creek Lane
Evergreen, CO 80439


China Patent agent (H.K.) Ltd.
22/F., Great Eagle Centre
23 Harbour Road
Wanchai, Hong Kong


Chocolate Chip Investments, LLP
Attn: Nat Pinnar
1645 Village Center Circle
Las Vegas, NV 89134


Citicorp Vendor Finance, Inc.
CIT Office & Technology Finance
10201 Centurion Parkway N
Jacksonville, FL 32256


Clarke Modet International, inc.
GOYA 11
Madrid, 28001 Spain


CLMS Management, LLC
Attn: Custody, Ste 2100
1270 Ave. of the Americas
New York, NY 10020


CMF
3622 Kennedy Rd
PO Box 339
South Plainfield, NJ 07080-0339

Robert Gerald ~Cohen
188 Oaks Road
Framingham, MA 01702


Continental Stock Transfer
17 Battery Place
New York, NY 10004-1123


CoolerSmart
PO Box 7777
Philadelphia, PA


Cosmid Consulting LLC
7982 Bayside Drive
Fort Collins, CO 80528


David Gendal Interv Tr U/A/D 3/3/95
Attn: David Gendal
18669 Long Lake Drive
Boca Raton, FL 33496


De Penning & De Penning
10 Government Place East
Kolkata, West Bengal
700 069 India


Declaration of Services, Inc. Profit
Sharing Plan & Trust
Attn: David Lerner
501 Benvenue Avenue
Los Altos, CA 94024-4010


Dhillon, Avtar
5820 Sagebrush Road
La Jolla, CA 92037


Diamondback Master Fund Ltd.
c/o Diamondback Capital Mgnt, LLC
Attn:Mark Hadlock-1 Landmark,15 FL
Stamford, CT 06901


DIRECTV
PO Box 830032
Baltimore, MD 21283-0032

Dominion Empl Ben Trst F. Lamaigre Pensi
c/o Joanne Louise Wood
PO Box 603 Charter Place
23 - 27 Seaton Place
St. Helier, Jersey, J34 OWH,   UK


DPPS HongKong Ltd. Trst of Wachovia
c/o Joanne Louise Wood
PO Box 63 Charter Place
23 - 27 Seaton Place
St. Helier, Jersey J034 OWH,   UK


Dr. Soji Adelaja
3870 Hemmingway Drive
Okemos, MI 48864


DSL.NET, Inc.
PO Box 33023
Hartford, CT 06150-3023


Elinor C. Ganz IRA Rollover
1000 Island Blvd.
North Miami Beach, FL 33160


Carol Fiol
7982 Bayside Drive
Fort Collins, CO 80528


Firebird Global Master Fund II,Ltd
Attn: James Pasin-FG2 Advisors LLC
152 West 57 Str - 24 Fl.
New York, NY 10019


First Niagara Bank
M & C Leasing Co., Inc.
1050 Union Road, Ste. 2
Buffalo, NY 14224-3402


First Niagra Leasing, Inc.
Accounts Receivable
PO Box 1040
Buffalo, NY 14240


Fisher Scientific
PO Box 3648
Boston, MA 02241-3648

Free Mind Group LLC
423 Brookline Avenue #124
Boston, MA 02215


Furniture X-Change
2300 US Highway 1 North
North Brunswick, NJ 08902


Larry B.  Gelles
1555 Astor
Chicago, IL 60610


Georgia B. Persinos, PhD.
PG Associates
11000 Waycroft Way
Rockville, MD 20852


Geronimo, LLC (ML Prof.Clring Corp)
c/o Jason M. Adler
2 Rector Street, Ste. 322
New York, NY 10006


Alfred G. Gladstone &
Alfred G. Gladstone (Altern. Invest Buy)
45 Old Oak Road
West Hartford, CT 06117


GTI
25 Lindsley Drive
Morristown, NJ 07960


Mahmoud & Samira Halloway
2200 West 116 Place
Chicago, IL 60643


Harold E. Gelber Revocable Trust
Attn: Harold E. Gelber
19800 N.E. 22 Avenue
Miami, FL 33180


Isaac Inyang
316 Lewis Street
Somerset, NJ 08873

Issac Inyang
1 Donlonton Circle
Chesterfield, NJ 08515


Jack W. Kuhn Revocable Trust
Attn: Jack W. Kuhn, Jr.
645 North Victoria Park Road
Fort Lauderdale, FL 33304


Jeremy w. Shulman
Pordy & Ecker, PA
11921 Rockville Pike
Rockville, MD 20852


Jersey Elevator Co., Inc.
657 Line Road
Matawan, NJ 07747


John G. Nardi IRA Rollover
Attn: John G. Nardi
3741 N.E. 27 Terrace
Pompano Beach, FL 33064


Sam John
444 Washington Blvd, Apt. 1307
Jersey City, NJ 07310


Robert Kalman
950 Skokie Blvd., Ste. 202
Northbrook, IL 60062


Klunker/Schmitt-Nilson/Hirsh
Winzererstrape 106
D-80797
Munchen, Germany


Esther Yiyi Lamnyam
14509 Briercrest Road
Bowie, MD 20720


Francois Lemaigre
72 Doneralle Street
Fulham, London SW6 6EP
United Kingdom

Gretchen Loase
358 Lake Shore Drive
Pleasantville, NY 10570


Thomas J. LoBue
25 Central Park West, Ste. 10Z
New York, NY 10023


M. Barbara Edelen
Xechem International, Inc.
379 Thornall Street
Edison, NJ 08837


Thomas Malley
19 Martin Lane
Englewood, CO 80113


Mark Lakarosky
82 New Road
Kendall Park, NJ 08824


Mark Lakarowsky
82 New Road
Kendall Park, NJ 08824


Martin Biggs Associates
7 Friday Street
Abinger Common, Dorking
Surrey,RH5 6JR, U.K.


Metro Four Associates, L.P.
Alfieri Property Management
399 Thornall Street
Edison, NJ 08818


Michael A. Bowman, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016


Michael A. Littman
7609 Ralston Road
Arvada, CO 80002

Mishrilal Jain
11700 Old Georgetown Road
Rockville, MD 20852


Renuka Misra
1405 Key Parkway East, Unit 201A
Frederick, MD 21702


Momsen Leonardos & Cia.
PO Box 21214
Agecia Praca Maua
Rio de Janeiro, 20010-970 Brazil


New Britain Radiological Assoc. - 401(k)
F/B/O Alfred Gladstone
One Liberty Square
PO Box 217
New Britain, CT 06050


New Britain Radiological Assoc. - 401K
F/B/O Sidney Ulreich
One Liberty Square
PO Box 217
New Britain, CT 06050


Nicholas Z. Hegedus
Rep. Freemind Group
65 S. Main St., Ste. B103
Pennington, NJ 08534


Nigeria Export Bank
Plot 795, 8 Str., Off Independence Ave.
Central Business District, P.M.B. 276
Garki, Abuja
Nigeria


Nitra Corp.
19492 East Country Club Drive
Miami Beach, FL 33141


NJBIZ
101 North Second St., 2nd Fl.
Harrisburg, PA 17101

NYLife Insurance co. of Arizona
PO Box 742545
Cincinnati, OH 45274-2545


Adeola Odusanya
9225 Hidden Water Circle
Riverview, FL 33569


Julius Shola Oladapo
84 Elm Street
Riverview, FL 33569


Otolaryngology Group Ltd. Profit Sharing
Attn: Allan P. Wolfe, Trustee
3633 West Lake Str., Ste 300
Glenview, IL 60026


Oversea's Cargo Services
Greek lane
Edison, NJ 08817


Amit Pandey
4401 Birchwood Court
North Brunswick, NJ 08902


Bhuwan Pandey
88 Sassafras Court
North Brunswick, NJ 08902


Patricia M. Zohn, Esq.
Zohn & Zohn, LLP
744 Mountain Blvd.
Watchung, NJ 07069


Paychex 401K
1551 S. Washington Ave., Ste. 200
Piscataway, NJ 08854


Peddle Partners LLP
Attn: Paul Drucker
2445 N.W. 24 Ct.
Boca Raton, FL 33431

Persistency
Persistency Capital Cayman, LP
Attn: Custody
1270 Ave of Americas,Ste 2100
New York, NY 10020


Phillips Ormonde & Fitzpatrick
367 Collins Street
Melbourne, 3000 Australia


Nat Pinnar
4601 North Bay Road
Miami Beach, FL 33140


Platinum Prtners L T Growth VI
Attn: Mark Nordlicht
152 West 57 Str., 54th Fl.
New York, NY 10019


QED Partners LLC
Attn: Robert Swift
7982 Bayside Drive
Fort Collins, CO 80528


Rahul Sharma, Esq.
Dutt & Sharma
New Delhi, India


Beverly Robbins
420 Patton Avenue
Piscataway, NJ 08854


Robert Half Management Resources
12400 Collections Center Drive
Chicago 60693


Robert Swift
7982 Bayside Drive
Fort Collins, CO 80528


Robert Swift
Xechem International, Inc.
379 Thornall Street
Edison, NJ 08837

Mark H. Robinson
2715 Mayan Drive
Fort Lauderdale, FL 33316


Donald Salcito
9Martin lane
Englewood, CO 80113


SB Corporate Consulting
3257 Winged Foot Drive
Fairfield, CA 94533


John Schingo
1 Sandalwood Drive
East Brunswick, NJ 08816


Dennis Shaya
580 East Long Lake Road
Bloomfield Hills, MI 48304


Shefsky & Froelich Ltd.
c/o Mitch D. Goldsmith
111 East Wacker Drive, Ste. 2800
Chicago, IL 60601


Harry S.Silver
940 Park Avenue, Ste. 8A
New York, NY 10028


Simon and Lupo
1254 Highway 27
North Brunswick, NJ 08902


Stephen F. Burg
3257 Winged Foot Drive
Fairfield, CA 94533


Stericycle, Inc.
PO Box 9001590
Louisville, KY 40290


Steve Coleman
198 Winding road
Iselin, NJ 08830

Sugarman Investment L.C. (Embassy West)
Attn: Howard P. Sugarman
120 Judges Lane
Towson, MD 21204

David, Michael & Richard Swift
Attn: Robert Swift, Cust
7982 Bayside Dr
Fort Collins, CO 80528

The Griffing Group, Inc.
750 Grove Street
Glencoe, IL 60022

TOXIKON Corporation
15 Wiggins Avenue
Bedford, MA 01730

Treasurer-County of Middlesex
Middlesex County Admin Bldg., 5th Fl.
New Brunswick, NJ 08901

David Tsappidi
1121 Cheryl Drive
Iselin, NJ 08830

Phyllis Ulreich
24 Farmstead Lane
West Hartford, CT 06117

Aharon & Jennifer Ungar
1011 Upminister J
Deerfield Beach, FL 33442

United Bank of America, Nigeria
Need Address

United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001

UPS Capital Business Credit
425 Day Hill Road
Windsor, CT 06095

US Limo Express, LLC
6 Cobbler's Cir.
Franklin Park, NJ 08823


US Securities & Exchange Commission
c/o Susan R. Sherrill-Beard
3475 Lenox Road, Ste 1000
Atlanta, GA 30326-1232


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Village Office Supply
600 Apgar Drive
Somerset, NJ 08873


Vineyard Productions LLC
100 Jersey Avenue Bldg. A
Suite A100, Box A-11
New Brunswick, NJ 08901


Vintage Filings, LLC
150 West 46th Str., 6th Fl.
New York, NY 10036


Waters Corporation
4559 Payshpere Circle
Chicago, IL 60674


Whalehaven Capital Fund Ltd.
Attn: Brian Mazzella
160 Summit Avenue
Montvale, NJ 07645


Williams Refrigeration
901 Trinity Street
South Plainfield, NJ 07080


Wilson Gunn M'Caw
41-51 Royal Exchange
Cross Street
Manchester, M2 7BD, U.K.

Wolfe Axelrod Weinberger Assoc. LLC
317 Madison Ave., Ste. 515
New York, NY 10017

## XECHEM INTERNATIONAL SHAREHOLDER CONSENT 11/6/86.

The undersigned, constituting the sole shareholder of Xechem, Inc., an Illinois corporation adopts the following consent as the action of the Company:

RESOLVED, that it is desirable and in the best interest of the Company, its creditors, shareholders and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, of the United States Code (the "Bankruptcy Code"); and it is

FURTHER RESOLVED, that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Robert Swift be, and hereby is authorized and directed, on behalf of and in the name of the Company, to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as Robert Swift executing said petition on behalf of the Company shall determine; and it is

FURTHER RESOLVED, that on behalf of the Company, Robert Swift (and Stephen Burg in the event of Robert Swift's unavailability) shall be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case; and it is

FURTHER RESOLVED, that Robert Swift on behalf of the Company be, and hereby is authorized and directed to employ the law firms of Heller, Draper, Hayden, Patrick & Horn, LLC  as bankruptcy counsel ("Heller Draper") and Shefsky & Froelich, Ltd. as special and local counsel to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Robert Swift hereby is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Heller Draper and Shefsky & Froelich Ltd.

FURTHER RESOLVED, the Company authorizes either of Stephen Burg or Robert Swift to file such other documents as they deem necessary and proper to effect the bankruptcy filings and actions to be taken

In witness whereof, the undersigned has executed this consent effective as of this 6th day of November, 2008

Xechem , Inc.

By: _Stephen H Burg_

Stephen Burg

1101256_3.DOC