# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| XECHEM INTERNATIONAL, INC., | )  Bankruptcy No.  08 B 30513 |
| | ) |
| Debtor(s) | ) |
| | ) |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __July 25, 2013 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Norman Newman, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: XECHEM INTERNATIONAL, INC.
Bankruptcy No. 08 B 30513

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013 , I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*

Norman B Newman
nnewman@muchshelist.com


*Debtor's Attorney*

Kara J Bruce
kbruce@lockelord.com

Douglas S Draper
ddraper@hellerdraper.com

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov


### Served through First Class Mail

*Debtor(s)*

XECHEM International, Inc.
379 Thornall St., 12th Floor
Edison, NJ 08818-2911