**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: XECHEM INTERNATIONAL, INC. | § | Case No. 08-30513 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on November 09, 2008.   The case was converted to one under Chapter 7 on March 07, 2011.  The undersigned trustee was appointed on March 08, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $             59,102.60

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 620.31 |
| Administrative expenses | 50,193.14 |
| Bank service fees | 173.96 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 8,115.19 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 04/05/2012 and the deadline for filing governmental claims was 05/08/2009.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,205.07.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _05/21/2014_____        By:_/s/NORMAN NEWMAN_____
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-30513

**Case Name:** XECHEM INTERNATIONAL, INC.

**Period Ending:** 05/21/14

**Trustee:** (330270)   NORMAN NEWMAN

**Filed (f) or Converted (c):** 03/07/11 (c)

**§341(a) Meeting Date:** 04/21/11

**Claims Bar Date:** 04/05/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Ceptor Corporation - shares of common stock**<br>   **Funds received were pursuant to Trustee's sale of any and all of his right, title and interest in the remaining assets in this estate (Asset Nos. 1-7). See Exhibit A to Order dated 8/29/11 attached hereto. | 1,000.00 | 1,000.00 | | 59,100.00 | FA |
| 2  Xechem Pharmaceutical Nigeria- (stock) | 7,000,000.00 | 7,000,000.00 | | 0.00 | FA |
| 3  Xechem India Private (stock) | Unknown | Unknown | | 0.00 | FA |
| 4  Xechem U.K. (stock) | 0.00 | 0.00 | | 0.00 | FA |
| 5  Xechem China  (stock) | 0.00 | 0.00 | | 0.00 | FA |
| 6  ZetaPharm (stock) | 0.00 | 0.00 | | 0.00 | FA |
| 7  Various claims | 1,790,295.30 | 1,790,295.30 | | 0.00 | FA |
| 8  NIPRD License for development and sale of NICOSA<br>   License terminated during Chapter 11. | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 9  License 5HMF<br>   License sold during Chapter 11. | 250,000.00 | 250,000.00 | | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 1.31 | Unknown |
| 10  **Assets**    **Totals** (Excluding unknown values) | **$9,541,295.30** | **$9,541,295.30** | | **$59,101.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

Jointly Administered with Xechem, Inc. under Case No. 08-30512; Waiting for response from IRS regarding request to waive filing of tax returns.

**Initial Projected Date Of Final Report (TFR):**    August 31, 2012        **Current Projected Date Of Final Report (TFR):**    February 28, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-30513 | **Trustee:** NORMAN NEWMAN (330270) |
| **Case Name:** XECHEM INTERNATIONAL, INC. | **Bank Name:** THE BANK OF NEW YORK MELLON |
| | **Account:** ****-******16-65 - Checking Account |
| **Taxpayer ID #:** **-***4803 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/21/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/11 | | DONALD SALCITO | Earnest money for the purchase of all assets DEPOSIT CHECK #1215 | 1129-000 | 500.00 | | 500.00 |
| 08/08/11 | | LESLIA D. LEE | Earnest Money for the purchase of all assets DEPOSIT CHECK #099764 | 1129-000 | 600.00 | | 1,100.00 |
| 08/18/11 | | Dennis Drehkoff | Earnest Money for the purchase of all assets DEPOSIT CHECK #530523752 | 1129-000 | 700.00 | | 1,800.00 |
| 08/23/11 | | LaMonte M. Forthun | Earnest Money for the purchase of all assets DEPOSIT CHECK #u7241 | 1129-000 | 600.00 | | 2,400.00 |
| 08/24/11 | {1} | Robert A. Swift | Final Bid for the Purchse of all Assets - Per Order dated 8/29/11 DEPOSIT CHECK #4090 | 1129-000 | 59,100.00 | | 61,500.00 |
| 08/30/11 | | To Acct # 004185041666 | Account Transfer | 9999-000 | | 600.00 | 60,900.00 |
| 08/30/11 | 1001 | Donald Salcito | Return of Earnest Money | 1129-000 | -500.00 | | 60,400.00 |
| 08/30/11 | 1002 | Leslia D. Lee | Return of Earnest Money | 1129-000 | -600.00 | | 59,800.00 |
| 08/30/11 | 1003 | W. Dennis Drehkoff | Return of Earnest Money | 1129-000 | -700.00 | | 59,100.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 59,100.12 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 26.69 | 59,073.43 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 1290-000 | 1.29 | | 59,074.72 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 59,075.20 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 122.21 | 58,952.99 |
| 10/28/11 | 1004 | Much Shelist, et.al. | Interim Compensation for the period 3/9/11 - 08/31/11 | 3110-000 | | 50,000.00 | 8,952.99 |
| 10/28/11 | 1005 | Much Shelist, et.al. | Interim Expenses for the period 3/9/11 - 08/31/11 | 3120-000 | | 173.10 | 8,779.89 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.50 | | 8,780.39 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 117.10 | 8,663.29 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,663.36 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 29.31 | 8,634.05 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,634.12 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,609.12 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,609.19 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,584.19 |
| 02/07/12 | 1006 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #08-30513, Bond#016026455 | 2300-000 | | 7.00 | 8,577.19 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,552.19 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,527.19 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,502.19 |

Subtotals : $59,702.60   $51,200.41

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| Case Number: | 08-30513 | |
| Case Name: | XECHEM INTERNATIONAL, INC. | |
| | | |
| Taxpayer ID #: | **-***4803 | |
| Period Ending: | 05/21/14 | |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330270) |
| Bank Name: | THE BANK OF NEW YORK MELLON |
| Account: | ****-******16-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,477.19 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,452.19 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,427.19 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,402.19 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,377.19 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,352.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 7100-000 | | 25.00 | 8,327.19 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Fee | 7100-000 | | 25.00 | 8,302.19 |
| 01/09/13 | | Transfer to Acct #2221644202 | Bank Funds Transfer | 9999-000 | | 8,302.19 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 59,702.60 | 59,702.60 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,902.19 | |
| Subtotal | 59,702.60 | 50,800.41 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $59,702.60 | $50,800.41 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-30513 | |
| Case Name: | XECHEM INTERNATIONAL, INC. | |
| Taxpayer ID #: | **-***4803 | |
| Period Ending: | 05/21/14 | |

| | | |
|---|---|---|
| Trustee: | NORMAN NEWMAN (330270) | |
| Bank Name: | THE BANK OF NEW YORK MELLON | |
| Account: | ****-******16-66 - Checking Account | |
| Blanket Bond: | $5,000,000.00  (per case limit) | |
| Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/11 | | From Acct # 004185041665 | Account Transfer | 9999-000 | 600.00 | | 600.00 |
| 08/30/11 | 101 | LaMonte M. Forthun | Return of Earnest Money | 1129-000 | -600.00 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | 600.00 | 0.00 | |
| Subtotal | -600.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $-600.00 | $0.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-30513 |
| Case Name: | XECHEM INTERNATIONAL, INC. |
| | |
| Taxpayer ID #: | **-***4803 |
| Period Ending: | 05/21/14 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330270) |
| Bank Name: | ASSOCIATED BANK |
| Account: | ********02 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/13 | | Transfer from Acct #004185041665 | Bank Funds Transfer | 9999-000 | 8,302.19 | | 8,302.19 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,292.19 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 5.91 | 8,286.28 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.13 | 8,275.15 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.30 | 8,262.85 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.89 | 8,250.96 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.27 | 8,238.69 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.85 | 8,226.84 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.23 | 8,214.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.21 | 8,202.40 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.80 | 8,190.60 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.18 | 8,178.42 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.77 | 8,166.65 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 8,166.65 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 8,302.19 | 8,302.19 | $0.00 |
| Less: Bank Transfers | 8,302.19 | 8,166.65 | |
| Subtotal | 0.00 | 135.54 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $135.54 | |

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-30513 |
| Case Name: | XECHEM INTERNATIONAL, INC. |
| Taxpayer ID #: | **-***4803 |
| Period Ending: | 05/21/14 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330270) |
| Bank Name: | RABOBANK, N.A. |
| Account: | ******9066 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 8,166.65 | | 8,166.65 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,156.65 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.12 | 8,144.53 |
| 02/10/14 | 30101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #08-30513, Bond #016026455 | 2300-000 | | 7.13 | 8,137.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.92 | 8,126.48 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.29 | 8,115.19 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 8,166.65 | 51.46 | $8,115.19 |
| Less: Bank Transfers | 8,166.65 | 0.00 | |
| Subtotal | 0.00 | 51.46 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $51.46 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******16-65 | 59,702.60 | 50,800.41 | 0.00 |
| Checking # ****-******16-66 | -600.00 | 0.00 | 0.00 |
| Checking # ********02 | 0.00 | 135.54 | 0.00 |
| Checking # ******9066 | 0.00 | 51.46 | 8,115.19 |
| | $59,102.60 | $50,987.41 | $8,115.19 |

{} Asset reference(s)

Printed: 05/21/2014 02:33 PM    V.13.15

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER     Claims Bar Date: April 5, 2012

**Case Number:** 08-30513                    Page: 1                    **Date:** May 21, 2014
**Debtor Name:** XECHEM INTERNATIONAL, INC.                                      **Time:** 02:33:49 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | NORMAN NEWMAN<br>191 N. WACKER DRIVE<br>SUITE 1800<br>Chicago, IL 60606-1615 | Admin Ch. 7 | | $1,000.00 | $0.00 | 1,000.00 |
| 69<br>200 | OFFICE OF THE U.S. TRUSTEE<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | | $975.53 | $0.00 | 975.53 |
| MC-E<br>200 | MILLER COOPER<br>1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | Admin Ch. 7 | | $421.00 | $0.00 | 421.00 |
| MC-F<br>200 | MILLER COOPER<br>1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | Admin Ch. 7 | | $2,799.00 | $0.00 | 2,799.00 |
| MS-EXPS<br>200 | MUCH SHELIST, ET.AL.<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $173.10 | $173.10 | 0.00 |
| MS-FEES<br>200 | MUCH SHELIST, ET.AL.<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $50,000.00 | $50,000.00 | 0.00 |
| XECH13<br>200 | OFFICE OF THE U.S. TRUSTEE<br>219 S. DEARBORN STREET<br>ROOM 873<br>CHICAGO, IL 60606 | Admin Ch. 7 | | $976.66 | $0.00 | 976.66 |
| 43P<br>300 | METRO FOUR ASSOCIATES, L.P.<br>c/o David Ward<br>Mandelbaum Salsburg,155 Prospect Ave<br>West Orange, NJ 07052 | Admin Ch. 11 | | $22,717.91 | $0.00 | 22,717.91 |
| SNR-E<br>300 | SNR DENTON US LLP<br>C/O ROBERT RICHARDS<br>233 S. WACKER DRIVE, SUITE 7800<br>CHICAGO, IL 60606 | Admin Ch. 11 | | $8,270.10 | $0.00 | 8,270.10 |
| SNR-F<br>300 | SNR DENTON US LLP<br>C/O ROBERT RICHARDS<br>233 S. WACKER DRIVE, SUITE 7800<br>CHICAGO, IL 60606 | Admin Ch. 11 | | $362,925.00 | $0.00 | 362,925.00 |
| LOCKE-E<br>300 | LOCKE LORD BISSELL & LIDDELL, LLP<br>AARON C. SMITH<br>111 S. WACKER DRIVE<br>CHICAGO, IL 60606 | Admin Ch. 11 | | $1,678.36 | $0.00 | 1,678.36 |
| LOCKE-F<br>300 | LOCKE LORD BISSELL & LIDDELL, LLP<br>C/O AARON C. SMITH<br>111 S. WACKER DRIVE<br>CHICAGO, IL 60606 | Admin Ch. 11 | | $86,021.00 | $0.00 | 86,021.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 5, 2012

**Case Number:** 08-30513                 Page: 2                 **Date:** May 21, 2014
**Debtor Name:** XECHEM INTERNATIONAL, INC.                                **Time:** 02:33:49 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| HELLER-E 300 | HELLER DRAPER HAYDEN PATRICK & HORN<br>C/O GRETA M. BROUPHY<br>650 POYDRAS STREET, SUITE 2500<br>NEW ORLEANS, LA 70130 | Admin Ch. 11 | | $23,317.53 | $0.00 | 23,317.53 |
| HELLER-F 300 | HELLER DRAPER HAYDEN PATRICK & HORN<br>C/O GRETA M. BROUPHY<br>650 POYDRAS STREET, SUITE 2500<br>NEW ORLEANS, LA 70130 | Admin Ch. 11 | | $167,927.50 | $0.00 | 167,927.50 |
| 35 -2 570 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | | $0.00 | $0.00 | 0.00 |
| XECH7 570 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Priority | | $0.00 | $0.00 | 0.00 |
| 70P 610 | HAZIZ ADELUNKLE AJAYI<br>3423 W. 72 Place<br>Chicago, IL 60629-3507 | Priority | | $11,725.00 | $0.00 | 11,725.00 |
| XECH10 610 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>P.O. BOX 245<br>TRENTON, NJ 08695 | Priority | | $115,000.00 | $0.00 | 115,000.00 |
| XECH14P 610 | ROBERT SWIFT<br>7982 Bayside Drive<br>Fort Collins, CO 80528 | Priority | | $0.00 | $0.00 | 0.00 |
| 10 100 | DOMINION EMPL BEN TRST. F. LAMAIGRE<br>c/o Joanne L. Wood<br>PO Box  603 Charter Pl., 23-27 Seaton Pl<br>St. Helier, Jersey, J34owh, Uk,, | Secured | | $112,800.00 | $0.00 | 112,800.00 |
| 38 100 | ALEMBIC LIMITED<br>c/o Edward Lesniak<br>330 N. Wabash Avenue, 22nd Flr.<br>Chicago, IL 60611 | Secured | Settlement agreed upon via e-mail dated 7/13/12 attached. | $1,000.00 | $0.00 | 1,000.00 |
| 75 100 | ALEMBIC, LIMITED<br>Alembic Road<br>Vadodara - 390-003<br>Gujarat, In, | Secured | This is a duplicate to Claim No. 38 which will be allowed. | $0.00 | $0.00 | 0.00 |
| 11 610 | DENNIS SHAYA<br>580 East Long Lake Road<br>Bloomfield Hills, MI 48304 | Secured | 2900 | $68,947.00 | $0.00 | 68,947.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 5, 2012

**Case Number:** 08-30513
**Debtor Name:** XECHEM INTERNATIONAL, INC.

Page: 3

**Date:** May 21, 2014
**Time:** 02:33:49 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15<br>610 | FRANCOIS LEMAIGRE<br>72 Doneralle Street<br>Fulham, London Sw6 6ep | Secured | | $164,716.67 | $0.00 | 164,716.67 |
| 16<br>610 | JOHN G. NARDI - IRA ROLLOVER<br>Attn: John G. Nardi<br>3741 N.E. 27 Terrace<br>Pompano Beach, FL 33064 | Secured | | $50,000.00 | $0.00 | 50,000.00 |
| 18<br>610 | DIAMONDBACK MASTER FUND LTD.<br>c/o Diamondback Capital Mgnt, LLC<br>Attn:Mark Hadlock-1 Landmark Sq.,15 FL<br>Stamford, CT 06901 | Secured | | $1,000,000.00 | $0.00 | 1,000,000.00 |
| 23<br>610 | WILLIAM S. CHESTER<br>5017 Buffalo Creek Lane<br>Evergreen, CO 80439 | Secured | | $100,000.00 | $0.00 | 100,000.00 |
| 36<br>610 | GRETCHEN LOASE<br>358 Lake Shore Drive<br>Pleasantville, NY 10570 | Secured | | $15,000.00 | $0.00 | 15,000.00 |
| 45 -3<br>610 | ROBERT SWIFT<br>7982 Bayside Drive<br>Fort Collins, CO 80528 | Secured | | $146,931.10 | $0.00 | 146,931.10 |
| 48<br>610 | DPPS HONG KONG, LTD., TRUST OF<br>WACH<br>c/o Joanne L. Wood<br>PO Box 63 Charter Pl., 23-27 Seaton Pl.<br>St. Helier, Jersey J034 Owh,, | Secured | | $112,800.00 | $0.00 | 112,800.00 |
| 58<br>610 | ALPHA CAPITAL AG<br>c/o LH Financial Association<br>150 Central Park South, 2nd Fl.<br>New York, NY 10019 | Secured | | $453,303.56 | $0.00 | 453,303.56 |
| 60<br>610 | WHALEHAVEN CAPITAL FUND LTD.<br>c/o Brian Mazzella<br>560 Sylvan Avenue, 3rd Floor<br>Englewood Cliffs, NJ 07632 | Secured | | $339,695.61 | $0.00 | 339,695.61 |
| 62<br>610 | JOHN SCHINGO<br>1 Sandalwood Drive<br>East Brunswick, NJ 08816 | Secured | | $57,770.31 | $0.00 | 57,770.31 |
| 64<br>610 | JOHN SCHINGO<br>1 Sandalwood Drive<br>East Brunswick, NJ 08816 | Secured | This is a duplicate claim to Claim No. 62 | $0.00 | $0.00 | 0.00 |
| 74<br>610 | ABUNDANCE PARTNERS LP<br>55 Fifth Ave 18th Fl<br>New York, NY 10003 | Secured | | $200,000.00 | $0.00 | 200,000.00 |
| 1<br>610 | GEORGIA B. PERSINOS, PHD.<br>PG Associates<br>11000 Waycroft Way<br>Rockville, MD 20852 | Unsecured | | $293.75 | $0.00 | 293.75 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 5, 2012

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 08-30513 | | | Page: 4 | | **Date:** May 21, 2014 | |
| **Debtor Name:** XECHEM INTERNATIONAL, INC. | | | | | **Time:** 02:33:49 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 610 | SIMON AND LUPO<br>1254 Highway 27<br>North Brunswick, NJ 08902 | Unsecured | | $14,537.69 | $0.00 | 14,537.69 |
| 3 610 | ROBERT HALF MANAGEMENT SERVICES<br>Div of Robert Half International<br>5720 Stoneridge Drive Ste Three<br>Pleasanton, CA 94588 | Unsecured | | $12,837.00 | $0.00 | 12,837.00 |
| 4 610 | BENCHMARK<br>Div of Robert Half International<br>5720 Stoneridge Drive Ste Three<br>Pleasanton, CA 94588 | Unsecured | | $8,214.90 | $0.00 | 8,214.90 |
| 5 610 | PEDDLE PARTNERS LLP<br>Attn: Paul Drucker<br>2445 N.W. 24 Ct.<br>Boca Raton, FL 33431 | Unsecured | | $55,860.00 | $0.00 | 55,860.00 |
| 6 610 | ELINOR C. GANZ IRA ROLLOVER<br>1000 Island Blvd.<br>North Miami Beach, FL 33160 | Unsecured | | $55,860.00 | $0.00 | 55,860.00 |
| 7 610 | HAROLD E. GELBER REVOCABLE TRUST<br>Attn: Harold E. Gelber<br>19800 N.E. 22 Avenue<br>Miami, FL 33180 | Unsecured | | $55,860.00 | $0.00 | 55,860.00 |
| 8 610 | LAURA BERLIN<br>45 Old Oak Road<br>West Hartford, CT 06117 | Unsecured | | $27,930.00 | $0.00 | 27,930.00 |
| 9 610 | ALFRED G. GLADSTONE &<br>Alfred G. Gladstone (Altern. Invest Buy)<br>45 Old Oak Road<br>West Hartford, CT 06117 | Unsecured | | $34,200.00 | $0.00 | 34,200.00 |
| 12 610 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4<br>F/B/O Alfred Gladstone<br>One Liberty Square,PO Box 217<br>New Britain, CT 06050 | Unsecured | | $35,910.00 | $0.00 | 35,910.00 |
| 13 610 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4<br>F/B/O Sidney Ulreich<br>One Liberty Square,PO Box 217<br>New Britain, CT 06050 | Unsecured | | $83,790.00 | $0.00 | 83,790.00 |
| 14 610 | PHILP SCHIPSTEIN REV LIVING<br>c/o Shekhar Basu<br>39 Heathcote Drive<br>Mount Kisco, NY 10549 | Unsecured | | $117,250.00 | $0.00 | 117,250.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 5, 2012

**Case Number:** 08-30513      Page: 5      **Date:** May 21, 2014
**Debtor Name:** XECHEM INTERNATIONAL, INC.      **Time:** 02:33:49 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|-------------------------|-----------|------------------------|----------------|--------------|---------------|
| 17<br>610 | MARK H. ROBINSON<br>2715 Mayan Drive<br>Fort Lauderdale, FL 33316 | Unsecured | | $50,000.00 | $0.00 | 50,000.00 |
| 19<br>610 | PRASHANT SHAH<br>130 Hope Road<br>Holland, PA 18966 | Unsecured | | $121,625.00 | $0.00 | 121,625.00 |
| 20<br>610 | BASU BIOSCIENCES<br>Geronimo LLC<br>c/o Jason M Adler,2 Rector St Ste 322<br>New York, NY 10006 | Unsecured | | $243,250.00 | $0.00 | 243,250.00 |
| 21<br>610 | FISHER SCIENTIFIC<br>Gary Barnes<br>Regional Credit Manager,2000 Park Lane<br>Pittsburgh, PA 15275 | Unsecured | | $280.44 | $0.00 | 280.44 |
| 22<br>610 | PHILLIPS ORMONDE &  FITZPATRICK<br>367 Collins Street<br>Melbourne, 3000 Australia, | Unsecured | | $0.00 | $0.00 | 0.00 |
| 24<br>610 | BASU BIOSCIENCES<br>Attn: Shekhar K. Basu<br>39 Heathcote Drive<br>Mount Kisco, NY 10549 | Unsecured | This is a duplicate claim to Claim No. 20. | $0.00 | $0.00 | 0.00 |
| 25<br>610 | SHEKHAR BASU<br>c/o Barton Nachamie Esq,Todtman<br>Nachamie Spizz & Johns PC,425 Park Avenu<br>New York, NY 10022 | Unsecured | | $262,800.00 | $0.00 | 262,800.00 |
| 26<br>610 | BEVERLY ROBBINS<br>420 Patton Avenue<br>Piscataway, NJ 08854 | Unsecured | | $432,250.00 | $0.00 | 432,250.00 |
| 27<br>610 | MOMSEN LEONARDOS & CIA<br>PO Box 21214<br>Agecia Praca Maua<br>Rio De Janeiro, 20010-970 Brazil, | Unsecured | | $3,627.74 | $0.00 | 3,627.74 |
| 28<br>610 | THOMAS MALLEY<br>19 Martin Lane<br>Englewood, CO 80113 | Unsecured | | $100,000.00 | $0.00 | 100,000.00 |
| 29<br>610 | RABINOWITZ LUBETKIN & TULLY LLC<br>c/o Mary Ellen Tully Esq<br>293 Eisenhower Parkway Ste 100<br>Livingston, NJ 07039 | Unsecured | | $8,323.77 | $0.00 | 8,323.77 |
| 30<br>610 | TOXIKON CORPORATION<br>c/o Robert G Cohen Esq<br>188 Oaks Road<br>Framingham, MA 01702 | Unsecured | | $325,022.50 | $0.00 | 325,022.50 |
| 31<br>610 | DAVID TSAPPIDI<br>24 York Drive<br>Helmetta, NJ 08828 | Unsecured | | $16,690.00 | $0.00 | 16,690.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 5, 2012

**Case Number:** 08-30513
**Debtor Name:** XECHEM INTERNATIONAL, INC.

Page: 6

**Date:** May 21, 2014
**Time:** 02:33:49 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|------------------------|------------|------------------------|----------------|--------------|---------------|
| 32 -2 610 | AMERICAN PLASTICS TECHNOLOGIES INC<br>Derek P Usman<br>POB 1057<br>Chicago, IL 60690 | Unsecured | | $904,893.00 | $0.00 | 904,893.00 |
| 33 610 | STEPHEN F. BURG<br>3257 Winged Foot Drive<br>Fairfield, CA 94533 | Unsecured | | $30,000.00 | $0.00 | 30,000.00 |
| 34 610 | SHEFSKY & FROELICH LTD.<br>c/o Mitch D. Goldsmith<br>111 East Wacker Drive, Ste. 2800<br>Chicago, IL 60601 | Unsecured | | $488,272.24 | $0.00 | 488,272.24 |
| 37 610 | RENUKA MISRA PH D<br>c/o Stephen A Metz Esquire,Shulman<br>Rogers Gandal Pordy & Ecker PA,11921 Roc<br>Rockville, MD 20852-2743 | Unsecured | | $1,069,243.06 | $0.00 | 1,069,243.06 |
| 39 610 | US LIMO EXPRESS, LLC<br>6 Cobbler's Cir.<br>Franklin Park, NJ 08823 | Unsecured | | $2,119.91 | $0.00 | 2,119.91 |
| 40 610 | MCELROY DEUTSCH MULVANEY & CARPENTE<br>Jeffrey Bernstein Esq<br>100 Mulberry Street,Three Gateway Center<br>Newark, NJ 07102 | Unsecured | | $9,866.39 | $0.00 | 9,866.39 |
| 41 610 | BHUWAN PANDEY<br>88 Sassafras Court<br>North Brunswick, NJ 08902 | Unsecured | | $3,431,116.35 | $0.00 | 3,431,116.35 |
| 42 -3 610 | METRO FOUR ASSOCIATES, L.P.<br>c/o David Ward<br>Mandelbaum Salsburg,155 Prospect Ave<br>West Orange, NJ 07052 | Unsecured | | $165,320.07 | $0.00 | 165,320.07 |
| 44 610 | ROBERT KALMAN<br>950 Skokie Blvd., Ste. 202<br>Northbrook, IL 60062 | Unsecured | | $135,000.00 | $0.00 | 135,000.00 |
| 46 610 | STANLEY & PATRICIA SILVER<br>701 Arden Drive<br>Beverly Hills, CA 90210 | Unsecured | | $100,000.00 | $0.00 | 100,000.00 |
| 47 610 | FREEMIND GROUP LLC<br>Nicholas Z Hegedus Esq<br>Rep Freemind Group,65 S Main St Ste B102<br>Pennington, NJ 08534-2827 | Unsecured | | $50,590.72 | $0.00 | 50,590.72 |
| 49 610 | CENTRAL YESHIVA BETH JOSEPH<br>Rabbi Mordecai Jofen<br>418 Avenue I<br>Brooklyn, NY 11230 | Unsecured | | $450,000.00 | $0.00 | 450,000.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 5, 2012

**Case Number:** 08-30513        Page: 7        **Date:** May 21, 2014
**Debtor Name:** XECHEM INTERNATIONAL, INC.        **Time:** 02:33:49 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 50 610 | MARGIE CHASSMAN<br>465 W 23rd Street #12-J<br>New York, NY 10011 | Unsecured | | $2,000,000.00 | $0.00 | 2,000,000.00 |
| 51 610 | IL NATIONAL INS CO<br>AIG Bankruptcy Coll,Michelle A Levitt<br>Authorized Rep,70 Pine Street 28th Floor<br>New York, NY 10270 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 52 -2 610 | CENTRAL YESHIVA, BETH JOSEPH<br>Law Offices of David Carlebach<br>40 Exchange Place<br>New York, NY 10005 | Unsecured | This is a duplicate claim to Claim No. 49. | $0.00 | $0.00 | 0.00 |
| 53 610 | SAM JOHN<br>444 Washington Blvd, Apt. 3236<br>Jersey City, NJ 07310 | Unsecured | | $38,743.56 | $0.00 | 38,743.56 |
| 54 610 | PERSISTENCY CAPITAL CAYMAN, LP<br>Persistency Capital LLC<br>1270 Ave of Americas,Ste 2100<br>New York, NY 10020 | Unsecured | | $89,906.25 | $0.00 | 89,906.25 |
| 55 610 | PERSISTENCY<br>Capital LLC<br>1270 Avenue of the Americas,Suite 2100<br>New York, NY 10020 | Unsecured | This is a duplicate claim to Claim No. 54. | $0.00 | $0.00 | 0.00 |
| 56 610 | CLMS MANAGEMENT, LLC<br>Persistency Capital LLC,Attn: Custody,<br>Ste 2100,1270 Ave. of the Americas<br>New York, NY 10020 | Unsecured | | $126,848.75 | $0.00 | 126,848.75 |
| 57 -2 610 | RAMESH PANDEY PH D<br>Technology<br>Center,100 Jersey Avenue Bldg A-210<br>New Brunswick, NJ 08901-5965 | Unsecured | | $1,887,094.00 | $0.00 | 1,887,094.00 |
| 59 610 | MAHMOUD & SAMIRA HALLOWAY<br>2200 West 116 Place<br>Chicago, IL 60643 | Unsecured | | $27,156.00 | $0.00 | 27,156.00 |
| 61 610 | ROBERT KALMAN<br>950 Skokie Blvd., Ste. 202<br>Northbrook, IL 60062 | Unsecured | | $135,000.00 | $0.00 | 135,000.00 |
| 63 610 | ESTHER YIYI LAMNYAM<br>14509 Briercrest Road<br>Bowie, MD 20720 | Unsecured | | $25,000.00 | $0.00 | 25,000.00 |
| 65 610 | AMERICAN PLASTICS TECHNOLOGIES INC<br>Derek P Usman<br>POB 1057<br>Chicago, IL 60690 | Unsecured | This is a duplicate claim to Claim No. 32. | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 5, 2012

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 08-30513 | | | Page: 8 | | **Date:** May 21, 2014 | |
| **Debtor Name:** XECHEM INTERNATIONAL, INC. | | | | | **Time:** 02:33:49 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 66<br>610 | CHINA PATENT AGENT (H.K.) LTD.<br>22/F, Great Eagle Centre<br>23 Harbour Road<br>Wanchai, Hong Kong,, | Unsecured | | $3,417.40 | $0.00 | 3,417.40 |
| 67<br>610 | RAMESH PANDEY PH D<br>Technology<br>Center,100 Jersey Avenue Bldg A-210<br>New Brunswick, NJ 08901-5965 | Unsecured | See Claim 57 as amended.  This is a duplicate. | $0.00 | $0.00 | 0.00 |
| 68<br>610 | BENCHMARK DIV OF ROBERT<br>Half International<br>Attn: Karen Lima,P O Box 5024<br>San Ramon, CA 94583-9128 | Unsecured | | $8,214.90 | $0.00 | 8,214.90 |
| 70U<br>610 | HAZIZ ADELUNKLE AJAYI<br>3423 W. 72 Pl<br>Chicago, IL 60629-3507 | Unsecured | | $775.00 | $0.00 | 775.00 |
| 71<br>610 | PEDDLE PARTNERS LLP<br>Attn: Paul Drucker<br>2445 N.W. 24 Ct.<br>Boca Raton, FL 33431 | Unsecured | This is a duplicate claim to Claim No. 5 | $0.00 | $0.00 | 0.00 |
| 72<br>610 | MAHMOUD & SAMIRA HALLOWAY<br>2200 West 116 Place<br>Chicago, IL 60643 | Unsecured | | $27,156.00 | $0.00 | 27,156.00 |
| 73<br>610 | ESTHER YIYI LAMNYAM<br>14509 Briercrest Road<br>Bowie, MD 20720 | Unsecured | This is a duplicate claim to Claim No. 63. | $0.00 | $0.00 | 0.00 |
| 76<br>610 | LAURA BERLIN<br>45 Old Oak Road<br>West Hartford, CT 06117 | Unsecured | This is a duplicate claim to Claim No. 8. | $0.00 | $0.00 | 0.00 |
| 77<br>610 | NEW BRITAIN RADIOLOGICAL ASSOC<br>Alfred Gladstone<br>45 Old Oak Road<br>West Hartford, CT 06117-1849 | Unsecured | This is a duplicate claim to Claim No. 12. | $0.00 | $0.00 | 0.00 |
| 78<br>610 | ALFRED G. GLADSTONE &<br>Alfred G. Gladstone (Altern. Invest Buy)<br>45 Old Oak Road<br>West Hartford, CT 06117 | Unsecured | This is a dupicate claim to Claim No. 9. | $0.00 | $0.00 | 0.00 |
| 79<br>610 | MADGE W GLADSTONE<br>Alfred Gladstone<br>45 Old Oak Road<br>West Hartford, CT 06117-1849 | Unsecured | | $7,209.95 | $0.00 | 7,209.95 |
| 80<br>610 | MADGE W GLADSTONE<br>Alfred Gladstone<br>45 Old Oak Road<br>West Hartford, CT 06117-1849 | Unsecured | This is a duplicate claim to Claim No. 79. | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 5, 2012

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 08-30513 | | | Page: 9 | | **Date:** May 21, 2014 | |
| **Debtor Name:** XECHEM INTERNATIONAL, INC. | | | | | **Time:** 02:33:49 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 81 610 | ANIL G BHANSALI<br>S-533 Greater Kailas II<br>New Delhi, 11004-8 | Unsecured | | $70,000.00 | $0.00 | 70,000.00 |
| 82 610 | ADETOKUNDO RAZAQ, AJAYI<br>3423 W. 72 Pl<br>Chicago, IL 60629-3507 | Unsecured | | $12,500.00 | $0.00 | 12,500.00 |
| XECH1 610 | CIT Technology Financing Services, Inc.<br>c/o Weltman, Weinberg & Reis, Co.<br>175 S. Third Street, Suite 900<br>Columbus, OH 43215 | Unsecured | | $26,305.20 | $0.00 | 26,305.20 |
| XECH2 610 | JOURNAL PUBLICATIONS, INC.<br>C/O SCHACHTER PORTNOY, LLC<br>3490 US RT. 1<br>PRINCETON, NJ 08540 | Unsecured | | $8,720.00 | $0.00 | 8,720.00 |
| XECH3 610 | BERNSTEIN 7 PINCHUK, LLP<br>SEVEN PENN PLAZA, SUITE 830<br>NEW YORK, NY 10001 | Unsecured | | $55,647.00 | $0.00 | 55,647.00 |
| XECH4 610 | CMF BUSINESS SUPPLIES, INC.<br>CRANER, SATKIN, SCHEER, ET.AL.<br>320 PARK AVENUE<br>SCOTCH PLAINES, NJ 07076 | Unsecured | | $15,392.74 | $0.00 | 15,392.74 |
| XECH5 610 | FEDEX CUSTOMER INFO. SERVICES<br>ASSIGNEE FOR FEDEX EXPRESS/FEDEX GROUND<br>3965 AIRWAYS BLVD., MODULE G, 3RD FL.<br>MEMPHIS, TN 38116 | Unsecured | | $578.50 | $0.00 | 578.50 |
| XECH6 610 | AMERICAN PLASTICS TECHNOLOGY, INC.<br>DR. KUMER P. MURUKURTHY<br>9451 W. AINSLIE<br>SCHILLER PARK, IL 60176 | Unsecured | This is a duplicate claim to Claim Nos. 32 and 65. | $0.00 | $0.00 | 0.00 |
| XECH8 610 | DONALD SALCITO<br>9 MARTIN LANE<br>ENGLEWOOD, CO 80113 | Unsecured | | $120,000.00 | $0.00 | 120,000.00 |
| XECH9 610 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>P.O. BOX 245<br>TRENTON, NJ 08695 | Unsecured | | $10,800.00 | $0.00 | 10,800.00 |
| XECH11 610 | VERIZON WIRELESS MIDWEST<br>P.O. BOX 3397<br>BLOOMINGTON, IL 61701 | Unsecured | 0083 | $1,412.99 | $0.00 | 1,412.99 |
| XECH12 610 | FIRST NIAGARA BANK<br>6950 S. TRANSIT ROAD<br>LOCKPORT, NY 14095 | Unsecured | 8204 | $22,219.28 | $0.00 | 22,219.28 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 5, 2012

**Case Number:** 08-30513
**Debtor Name:** XECHEM INTERNATIONAL, INC.

Page: 10

**Date:** May 21, 2014
**Time:** 02:33:49 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| XECH14 610 | ROBERT SWIFT<br>7982 BAYSIDE DRIVE<br>FORT COLLINS, CO 80528 | Unsecured | | $460,250.00 | $0.00 | 460,250.00 |
| XECH15 610 | VERIZON WIRELESS<br>P.O. BOX 3397<br>BLOOMINGTON, IL 61702 | Unsecured | DUPLICATE CLAIM TO CLAIM 11 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 17,762,073.99 | 50,173.10 | 17,711,900.89 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-30513
Case Name: XECHEM INTERNATIONAL, INC.
Trustee Name: NORMAN NEWMAN

**Balance on hand:**                $        8,115.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | DOMINION EMPL BEN TRST. F. LAMAIGRE | 112,800.00 | 112,800.00 | 0.00 | 0.00 |
| 11 | DENNIS SHAYA | 68,947.00 | 68,947.00 | 0.00 | 0.00 |
| 15 | FRANCOIS LEMAIGRE | 164,716.67 | 164,716.67 | 0.00 | 0.00 |
| 16 | JOHN G. NARDI - IRA ROLLOVER | 50,000.00 | 50,000.00 | 0.00 | 0.00 |
| 18 | DIAMONDBACK MASTER FUND LTD. | 1,000,000.00 | 1,000,000.00 | 0.00 | 0.00 |
| 23 | WILLIAM S. CHESTER | 100,000.00 | 100,000.00 | 0.00 | 0.00 |
| 36 | GRETCHEN LOASE | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| 38 | ALEMBIC LIMITED | 1,411,651.82 | 1,000.00 | 0.00 | 1,000.00 |
| 45 -3 | ROBERT SWIFT | 146,931.10 | 146,931.10 | 0.00 | 0.00 |
| 48 | DPPS HONG KONG, LTD., TRUST OF WACH | 112,800.00 | 112,800.00 | 0.00 | 0.00 |
| 58 | ALPHA CAPITAL AG | 453,303.56 | 453,303.56 | 0.00 | 0.00 |
| 60 | WHALEHAVEN CAPITAL FUND LTD. | 339,695.61 | 339,695.61 | 0.00 | 0.00 |
| 62 | JOHN SCHINGO | 57,770.31 | 57,770.31 | 0.00 | 0.00 |
| 64 | JOHN SCHINGO | 57,770.31 | 0.00 | 0.00 | 0.00 |
| 74 | ABUNDANCE PARTNERS LP | 200,000.00 | 200,000.00 | 0.00 | 0.00 |
| 75 | ALEMBIC, LIMITED | 1,411,651.82 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $        1,000.00
Remaining balance:               $        7,115.19

UST Form 101-7-TFR (05/1/2011)

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN NEWMAN | 1,000.00 | 0.00 | 1,000.00 |
| Accountant for Trustee, Fees - MILLER COOPER | 2,799.00 | 0.00 | 2,799.00 |
| Accountant for Trustee, Expenses - MILLER COOPER | 421.00 | 0.00 | 421.00 |
| Fees, United States Trustee | 1,952.19 | 0.00 | 1,952.19 |

Total to be paid for chapter 7 administration expenses:   $   6,172.19
Remaining balance:   $   943.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Fees: HELLER DRAPER HAYDEN PATRICK & HORN | 191,245.03 | 0.00 | 268.03 |
| Other Expenses: LOCKE LORD BISSELL & LIDDELL, LLP | 1,678.36 | 0.00 | 2.35 |
| Other Fees: LOCKE LORD BISSELL & LIDDELL, LLP | 86,021.00 | 0.00 | 120.56 |
| Other Fees: SNR DENTON US LLP | 8,270.10 | 0.00 | 11.59 |
| Other Expenses: METRO FOUR ASSOCIATES, L.P. | 22,717.91 | 0.00 | 31.84 |
| Other Expenses: SNR DENTON US LLP | 362,925.00 | 0.00 | 508.63 |

Total to be paid for prior chapter administrative expenses:   $   943.00
Remaining balance:   $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $126,725.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 70P | HAZIZ ADELUNKLE AJAYI | 11,725.00 | 0.00 | 0.00 |
| XECH10 | STATE OF NEW JERSEY | 115,000.00 | 0.00 | 0.00 |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 14,083,182.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GEORGIA B. PERSINOS, PHD. | 293.75 | 0.00 | 0.00 |
| 2 | SIMON AND LUPO | 14,537.69 | 0.00 | 0.00 |
| 3 | ROBERT HALF MANAGEMENT SERVICES | 12,837.00 | 0.00 | 0.00 |
| 4 | BENCHMARK | 8,214.90 | 0.00 | 0.00 |
| 5 | PEDDLE PARTNERS LLP | 55,860.00 | 0.00 | 0.00 |
| 6 | ELINOR C. GANZ IRA ROLLOVER | 55,860.00 | 0.00 | 0.00 |
| 7 | HAROLD E. GELBER REVOCABLE TRUST | 55,860.00 | 0.00 | 0.00 |
| 8 | LAURA BERLIN | 27,930.00 | 0.00 | 0.00 |
| 9 | ALFRED G. GLADSTONE & | 34,200.00 | 0.00 | 0.00 |
| 12 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4 | 35,910.00 | 0.00 | 0.00 |
| 13 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4 | 83,790.00 | 0.00 | 0.00 |
| 14 | PHILP SCHIPSTEIN REV LIVING | 117,250.00 | 0.00 | 0.00 |
| 17 | MARK H. ROBINSON | 50,000.00 | 0.00 | 0.00 |
| 19 | PRASHANT SHAH | 121,625.00 | 0.00 | 0.00 |
| 20 | BASU BIOSCIENCES | 243,250.00 | 0.00 | 0.00 |
| 21 | FISHER SCIENTIFIC | 280.44 | 0.00 | 0.00 |
| 25 | SHEKHAR BASU | 262,800.00 | 0.00 | 0.00 |
| 26 | BEVERLY ROBBINS | 432,250.00 | 0.00 | 0.00 |
| 27 | MOMSEN LEONARDOS & CIA | 3,627.74 | 0.00 | 0.00 |
| 28 | THOMAS MALLEY | 100,000.00 | 0.00 | 0.00 |
| 29 | RABINOWITZ LUBETKIN & TULLY LLC | 8,323.77 | 0.00 | 0.00 |
| 30 | TOXIKON CORPORATION | 325,022.50 | 0.00 | 0.00 |
| 31 | DAVID TSAPPIDI | 16,690.00 | 0.00 | 0.00 |

| 32 -2 | AMERICAN PLASTICS TECHNOLOGIES INC | 904,893.00 | 0.00 | 0.00 |
|-------|-----------------------------------|------------|------|------|
| 33 | STEPHEN F. BURG | 30,000.00 | 0.00 | 0.00 |
| 34 | SHEFSKY & FROELICH LTD. | 488,272.24 | 0.00 | 0.00 |
| 37 | RENUKA MISRA PH D | 1,069,243.06 | 0.00 | 0.00 |
| 39 | US LIMO EXPRESS, LLC | 2,119.91 | 0.00 | 0.00 |
| 40 | MCELROY DEUTSCH MULVANEY & CARPENTE | 9,866.39 | 0.00 | 0.00 |
| 41 | BHUWAN PANDEY | 3,431,116.35 | 0.00 | 0.00 |
| 42 -3 | METRO FOUR ASSOCIATES, L.P. | 165,320.07 | 0.00 | 0.00 |
| 44 | ROBERT KALMAN | 135,000.00 | 0.00 | 0.00 |
| 46 | STANLEY & PATRICIA SILVER | 100,000.00 | 0.00 | 0.00 |
| 47 | FREEMIND GROUP LLC | 50,590.72 | 0.00 | 0.00 |
| 49 | CENTRAL YESHIVA BETH JOSEPH | 450,000.00 | 0.00 | 0.00 |
| 50 | MARGIE CHASSMAN | 2,000,000.00 | 0.00 | 0.00 |
| 53 | SAM JOHN | 38,743.56 | 0.00 | 0.00 |
| 54 | PERSISTENCY CAPITAL CAYMAN, LP | 89,906.25 | 0.00 | 0.00 |
| 56 | CLMS MANAGEMENT, LLC | 126,848.75 | 0.00 | 0.00 |
| 57 -2 | RAMESH PANDEY PH D | 1,887,094.00 | 0.00 | 0.00 |
| 59 | MAHMOUD & SAMIRA HALLOWAY | 27,156.00 | 0.00 | 0.00 |
| 61 | ROBERT KALMAN | 135,000.00 | 0.00 | 0.00 |
| 63 | ESTHER YIYI LAMNYAM | 25,000.00 | 0.00 | 0.00 |
| 66 | CHINA PATENT AGENT (H.K.) LTD. | 3,417.40 | 0.00 | 0.00 |
| 68 | BENCHMARK DIV OF ROBERT | 8,214.90 | 0.00 | 0.00 |
| 70U | HAZIZ ADELUNKLE AJAYI | 775.00 | 0.00 | 0.00 |
| 72 | MAHMOUD & SAMIRA HALLOWAY | 27,156.00 | 0.00 | 0.00 |
| 79 | MADGE W GLADSTONE | 7,209.95 | 0.00 | 0.00 |
| 81 | ANIL G BHANSALI | 70,000.00 | 0.00 | 0.00 |
| 82 | ADETOKUNDO RAZAQ, AJAYI | 12,500.00 | 0.00 | 0.00 |
| XECH1 | CIT Technology Financing Services, Inc. | 26,305.20 | 0.00 | 0.00 |
| XECH2 | JOURNAL PUBLICATIONS, INC. | 8,720.00 | 0.00 | 0.00 |
| XECH3 | BERNSTEIN 7 PINCHUK, LLP | 55,647.00 | 0.00 | 0.00 |
| XECH4 | CMF BUSINESS SUPPLIES, INC. | 15,392.74 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| XECH5 | FEDEX CUSTOMER INFO. SERVICES | 578.50 | 0.00 | 0.00 |
| XECH8 | DONALD SALCITO | 120,000.00 | 0.00 | 0.00 |
| XECH9 | STATE OF NEW JERSEY | 10,800.00 | 0.00 | 0.00 |
| XECH11 | VERIZON WIRELESS MIDWEST | 1,412.99 | 0.00 | 0.00 |
| XECH12 | FIRST NIAGARA BANK | 22,219.28 | 0.00 | 0.00 |
| XECH14 | ROBERT SWIFT | 460,250.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR (05/1/2011)**