# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: XECHEM INTERNATIONAL, INC.    §    Case No. 08-30513
                                     §
                                     §
                                     §
Debtor(s)                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn Street
   7th Floor
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 06/26/2014 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/22/2014          By:   /s/ Norman B. Newman
                                                                                 Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: XECHEM INTERNATIONAL, INC.  § Case No. 08-30513
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 59,102.60

*and approved disbursements of*  $ 50,987.41

*leaving a balance on hand of* [1]  $ 8,115.19

**Balance on hand:**  $ 8,115.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 10 | DOMINION EMPL BEN TRST. F. LAMAIGRE | 112,800.00 | 112,800.00 | 0.00 | 0.00 |
| 11 | DENNIS SHAYA | 68,947.00 | 68,947.00 | 0.00 | 0.00 |
| 15 | FRANCOIS LEMAIGRE | 164,716.67 | 164,716.67 | 0.00 | 0.00 |
| 16 | JOHN G. NARDI - IRA ROLLOVER | 50,000.00 | 50,000.00 | 0.00 | 0.00 |
| 18 | DIAMONDBACK MASTER FUND LTD. | 1,000,000.00 | 1,000,000.00 | 0.00 | 0.00 |
| 23 | WILLIAM S. CHESTER | 100,000.00 | 100,000.00 | 0.00 | 0.00 |
| 36 | GRETCHEN LOASE | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| 38 | ALEMBIC LIMITED | 1,411,651.82 | 1,000.00 | 0.00 | 1,000.00 |
| 45 -3 | ROBERT SWIFT | 146,931.10 | 146,931.10 | 0.00 | 0.00 |
| 48 | DPPS HONG KONG, LTD., TRUST OF WACH | 112,800.00 | 112,800.00 | 0.00 | 0.00 |
| 58 | ALPHA CAPITAL AG | 453,303.56 | 453,303.56 | 0.00 | 0.00 |
| 60 | WHALEHAVEN CAPITAL FUND LTD. | 339,695.61 | 339,695.61 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 62 | JOHN SCHINGO | 57,770.31 | 57,770.31 | 0.00 | 0.00 |
| 64 | JOHN SCHINGO | 57,770.31 | 0.00 | 0.00 | 0.00 |
| 74 | ABUNDANCE PARTNERS LP | 200,000.00 | 200,000.00 | 0.00 | 0.00 |
| 75 | ALEMBIC, LIMITED | 1,411,651.82 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 1,000.00
Remaining balance: $ 7,115.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN NEWMAN | 1,000.00 | 0.00 | 1,000.00 |
| Accountant for Trustee, Fees - MILLER COOPER | 2,799.00 | 0.00 | 2,799.00 |
| Accountant for Trustee, Expenses - MILLER COOPER | 421.00 | 0.00 | 421.00 |
| Fees, United States Trustee | 1,952.19 | 0.00 | 1,952.19 |

Total to be paid for chapter 7 administration expenses: $ 6,172.19
Remaining balance: $ 943.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Fees: HELLER DRAPER HAYDEN PATRICK & HORN | 191,245.03 | 0.00 | 268.03 |
| Other Expenses: LOCKE LORD BISSELL & LIDDELL, LLP | 1,678.36 | 0.00 | 2.35 |
| Other Fees: LOCKE LORD BISSELL & LIDDELL, LLP | 86,021.00 | 0.00 | 120.56 |
| Other Fees: SNR DENTON US LLP | 8,270.10 | 0.00 | 11.59 |
| Other Expenses: METRO FOUR ASSOCIATES, L.P. | 22,717.91 | 0.00 | 31.84 |
| Other Expenses: SNR DENTON US LLP | 362,925.00 | 0.00 | 508.63 |

Total to be paid for prior chapter administrative expenses: $ 943.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $126,725.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 70P | HAZIZ ADELUNKLE AJAYI | 11,725.00 | 0.00 | 0.00 |
| XECH10 | STATE OF NEW JERSEY | 115,000.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,083,182.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GEORGIA B. PERSINOS, PHD. | 293.75 | 0.00 | 0.00 |
| 2 | SIMON AND LUPO | 14,537.69 | 0.00 | 0.00 |
| 3 | ROBERT HALF MANAGEMENT SERVICES | 12,837.00 | 0.00 | 0.00 |
| 4 | BENCHMARK | 8,214.90 | 0.00 | 0.00 |
| 5 | PEDDLE PARTNERS LLP | 55,860.00 | 0.00 | 0.00 |
| 6 | ELINOR C. GANZ IRA ROLLOVER | 55,860.00 | 0.00 | 0.00 |
| 7 | HAROLD E. GELBER REVOCABLE TRUST | 55,860.00 | 0.00 | 0.00 |
| 8 | LAURA BERLIN | 27,930.00 | 0.00 | 0.00 |
| 9 | ALFRED G. GLADSTONE & | 34,200.00 | 0.00 | 0.00 |
| 12 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4 | 35,910.00 | 0.00 | 0.00 |
| 13 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4 | 83,790.00 | 0.00 | 0.00 |
| 14 | PHILP SCHIPSTEIN REV LIVING | 117,250.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 17 | MARK H. ROBINSON | 50,000.00 | 0.00 | 0.00 |
| 19 | PRASHANT SHAH | 121,625.00 | 0.00 | 0.00 |
| 20 | BASU BIOSCIENCES | 243,250.00 | 0.00 | 0.00 |
| 21 | FISHER SCIENTIFIC | 280.44 | 0.00 | 0.00 |
| 25 | SHEKHAR BASU | 262,800.00 | 0.00 | 0.00 |
| 26 | BEVERLY ROBBINS | 432,250.00 | 0.00 | 0.00 |
| 27 | MOMSEN LEONARDOS & CIA | 3,627.74 | 0.00 | 0.00 |
| 28 | THOMAS MALLEY | 100,000.00 | 0.00 | 0.00 |
| 29 | RABINOWITZ LUBETKIN & TULLY LLC | 8,323.77 | 0.00 | 0.00 |
| 30 | TOXIKON CORPORATION | 325,022.50 | 0.00 | 0.00 |
| 31 | DAVID TSAPPIDI | 16,690.00 | 0.00 | 0.00 |
| 32 -2 | AMERICAN PLASTICS TECHNOLOGIES INC | 904,893.00 | 0.00 | 0.00 |
| 33 | STEPHEN F. BURG | 30,000.00 | 0.00 | 0.00 |
| 34 | SHEFSKY & FROELICH LTD. | 488,272.24 | 0.00 | 0.00 |
| 37 | RENUKA MISRA PH D | 1,069,243.06 | 0.00 | 0.00 |
| 39 | US LIMO EXPRESS, LLC | 2,119.91 | 0.00 | 0.00 |
| 40 | MCELROY DEUTSCH MULVANEY & CARPENTE | 9,866.39 | 0.00 | 0.00 |
| 41 | BHUWAN PANDEY | 3,431,116.35 | 0.00 | 0.00 |
| 42 -3 | METRO FOUR ASSOCIATES, L.P. | 165,320.07 | 0.00 | 0.00 |
| 44 | ROBERT KALMAN | 135,000.00 | 0.00 | 0.00 |
| 46 | STANLEY & PATRICIA SILVER | 100,000.00 | 0.00 | 0.00 |
| 47 | FREEMIND GROUP LLC | 50,590.72 | 0.00 | 0.00 |
| 49 | CENTRAL YESHIVA BETH JOSEPH | 450,000.00 | 0.00 | 0.00 |
| 50 | MARGIE CHASSMAN | 2,000,000.00 | 0.00 | 0.00 |
| 53 | SAM JOHN | 38,743.56 | 0.00 | 0.00 |
| 54 | PERSISTENCY CAPITAL CAYMAN, LP | 89,906.25 | 0.00 | 0.00 |
| 56 | CLMS MANAGEMENT, LLC | 126,848.75 | 0.00 | 0.00 |
| 57 -2 | RAMESH PANDEY PH D | 1,887,094.00 | 0.00 | 0.00 |
| 59 | MAHMOUD & SAMIRA HALLOWAY | 27,156.00 | 0.00 | 0.00 |
| 61 | ROBERT KALMAN | 135,000.00 | 0.00 | 0.00 |
| 63 | ESTHER YIYI LAMNYAM | 25,000.00 | 0.00 | 0.00 |
| 66 | CHINA PATENT AGENT (H.K.) LTD. | 3,417.40 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 68 | BENCHMARK DIV OF ROBERT | 8,214.90 | 0.00 | 0.00 |
| 70U | HAZIZ ADELUNKLE AJAYI | 775.00 | 0.00 | 0.00 |
| 72 | MAHMOUD & SAMIRA HALLOWAY | 27,156.00 | 0.00 | 0.00 |
| 79 | MADGE W GLADSTONE | 7,209.95 | 0.00 | 0.00 |
| 81 | ANIL G BHANSALI | 70,000.00 | 0.00 | 0.00 |
| 82 | ADETOKUNDO RAZAQ, AJAYI | 12,500.00 | 0.00 | 0.00 |
| XECH1 | CIT Technology Financing Services, Inc. | 26,305.20 | 0.00 | 0.00 |
| XECH2 | JOURNAL PUBLICATIONS, INC. | 8,720.00 | 0.00 | 0.00 |
| XECH3 | BERNSTEIN 7 PINCHUK, LLP | 55,647.00 | 0.00 | 0.00 |
| XECH4 | CMF BUSINESS SUPPLIES, INC. | 15,392.74 | 0.00 | 0.00 |
| XECH5 | FEDEX CUSTOMER INFO. SERVICES | 578.50 | 0.00 | 0.00 |
| XECH8 | DONALD SALCITO | 120,000.00 | 0.00 | 0.00 |
| XECH9 | STATE OF NEW JERSEY | 10,800.00 | 0.00 | 0.00 |
| XECH11 | VERIZON WIRELESS MIDWEST | 1,412.99 | 0.00 | 0.00 |
| XECH12 | FIRST NIAGARA BANK | 22,219.28 | 0.00 | 0.00 |
| XECH14 | ROBERT SWIFT | 460,250.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00


Prepared By: /s/NORMAN NEWMAN
                                Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**