IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 08-30513 |
| XECHEM, INC., *et.al.*, | ) | (Jointly Administered) |
| | ) | Hon. Jack B. Schmetterer |
| Debtors. | ) | Hearing Date: Thurs., June 26, 2014 |
| | ) | at 10:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, June 26, 2014 at 10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the **Honorable Jack B. Schmetterer** or any other Judge sitting in his stead, in **Courtroom 682**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on May 22, 2014, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individuals registered to receive notice.

/s/Norman B. Newman

4934375_1

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| XECHEM INTERNATIONAL, INC. | ) | Case No. 08-30513 JS |
| | ) | |
| | ) | Hon. JACK SCHMETTERER |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

To: THE HONORABLE JACK SCHMETTERER

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $1,000.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $59,102.60. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 4,500.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 455.13 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| TOTAL COMPENSATION | $ | 6,205.13 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: May 22, 2014

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
ADDRESS