# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: XECHEM INTERNATIONAL, INC. | § | Case No. 08-30513 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   7th Floor
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 06/26/2014 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/22/2014         By:  /s/ Norman B. Newman
                                                                     Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: XECHEM INTERNATIONAL, INC.    §   Case No. 08-30513
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 59,102.60 |
| *and approved disbursements of* | $ 50,987.41 |
| *leaving a balance on hand of* [1] | $ 8,115.19 |
| **Balance on hand:** | **$ 8,115.19** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | DOMINION EMPL BEN TRST. F. LAMAIGRE | 112,800.00 | 112,800.00 | 0.00 | 0.00 |
| 11 | DENNIS SHAYA | 68,947.00 | 68,947.00 | 0.00 | 0.00 |
| 15 | FRANCOIS LEMAIGRE | 164,716.67 | 164,716.67 | 0.00 | 0.00 |
| 16 | JOHN G. NARDI - IRA ROLLOVER | 50,000.00 | 50,000.00 | 0.00 | 0.00 |
| 18 | DIAMONDBACK MASTER FUND LTD. | 1,000,000.00 | 1,000,000.00 | 0.00 | 0.00 |
| 23 | WILLIAM S. CHESTER | 100,000.00 | 100,000.00 | 0.00 | 0.00 |
| 36 | GRETCHEN LOASE | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| 38 | ALEMBIC LIMITED | 1,411,651.82 | 1,000.00 | 0.00 | 1,000.00 |
| 45 -3 | ROBERT SWIFT | 146,931.10 | 146,931.10 | 0.00 | 0.00 |
| 48 | DPPS HONG KONG, LTD., TRUST OF WACH | 112,800.00 | 112,800.00 | 0.00 | 0.00 |
| 58 | ALPHA CAPITAL AG | 453,303.56 | 453,303.56 | 0.00 | 0.00 |
| 60 | WHALEHAVEN CAPITAL FUND LTD. | 339,695.61 | 339,695.61 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 62 | JOHN SCHINGO | 57,770.31 | 57,770.31 | 0.00 | 0.00 |
| 64 | JOHN SCHINGO | 57,770.31 | 0.00 | 0.00 | 0.00 |
| 74 | ABUNDANCE PARTNERS LP | 200,000.00 | 200,000.00 | 0.00 | 0.00 |
| 75 | ALEMBIC, LIMITED | 1,411,651.82 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 1,000.00
Remaining balance: $ 7,115.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN NEWMAN | 1,000.00 | 0.00 | 1,000.00 |
| Accountant for Trustee, Fees - MILLER COOPER | 2,799.00 | 0.00 | 2,799.00 |
| Accountant for Trustee, Expenses - MILLER COOPER | 421.00 | 0.00 | 421.00 |
| Fees, United States Trustee | 1,952.19 | 0.00 | 1,952.19 |

Total to be paid for chapter 7 administration expenses: $ 6,172.19
Remaining balance: $ 943.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Fees: HELLER DRAPER HAYDEN PATRICK & HORN | 191,245.03 | 0.00 | 268.03 |
| Other Expenses: LOCKE LORD BISSELL & LIDDELL, LLP | 1,678.36 | 0.00 | 2.35 |
| Other Fees: LOCKE LORD BISSELL & LIDDELL, LLP | 86,021.00 | 0.00 | 120.56 |
| Other Fees: SNR DENTON US LLP | 8,270.10 | 0.00 | 11.59 |
| Other Expenses: METRO FOUR ASSOCIATES, L.P. | 22,717.91 | 0.00 | 31.84 |
| Other Expenses: SNR DENTON US LLP | 362,925.00 | 0.00 | 508.63 |

Total to be paid for prior chapter administrative expenses: $ 943.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $126,725.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 70P | HAZIZ ADELUNKLE AJAYI | 11,725.00 | 0.00 | 0.00 |
| XECH10 | STATE OF NEW JERSEY | 115,000.00 | 0.00 | 0.00 |

Total to be paid for priority claims:   $           0.00
Remaining balance:   $           0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,083,182.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GEORGIA B. PERSINOS, PHD. | 293.75 | 0.00 | 0.00 |
| 2 | SIMON AND LUPO | 14,537.69 | 0.00 | 0.00 |
| 3 | ROBERT HALF MANAGEMENT SERVICES | 12,837.00 | 0.00 | 0.00 |
| 4 | BENCHMARK | 8,214.90 | 0.00 | 0.00 |
| 5 | PEDDLE PARTNERS LLP | 55,860.00 | 0.00 | 0.00 |
| 6 | ELINOR C. GANZ IRA ROLLOVER | 55,860.00 | 0.00 | 0.00 |
| 7 | HAROLD E. GELBER REVOCABLE TRUST | 55,860.00 | 0.00 | 0.00 |
| 8 | LAURA BERLIN | 27,930.00 | 0.00 | 0.00 |
| 9 | ALFRED G. GLADSTONE & | 34,200.00 | 0.00 | 0.00 |
| 12 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4 | 35,910.00 | 0.00 | 0.00 |
| 13 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4 | 83,790.00 | 0.00 | 0.00 |
| 14 | PHILP SCHIPSTEIN REV LIVING | 117,250.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 17 | MARK H. ROBINSON | 50,000.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 19 | PRASHANT SHAH | 121,625.00 | 0.00 | 0.00 |
| 20 | BASU BIOSCIENCES | 243,250.00 | 0.00 | 0.00 |
| 21 | FISHER SCIENTIFIC | 280.44 | 0.00 | 0.00 |
| 25 | SHEKHAR BASU | 262,800.00 | 0.00 | 0.00 |
| 26 | BEVERLY ROBBINS | 432,250.00 | 0.00 | 0.00 |
| 27 | MOMSEN LEONARDOS & CIA | 3,627.74 | 0.00 | 0.00 |
| 28 | THOMAS MALLEY | 100,000.00 | 0.00 | 0.00 |
| 29 | RABINOWITZ LUBETKIN & TULLY LLC | 8,323.77 | 0.00 | 0.00 |
| 30 | TOXIKON CORPORATION | 325,022.50 | 0.00 | 0.00 |
| 31 | DAVID TSAPPIDI | 16,690.00 | 0.00 | 0.00 |
| 32 -2 | AMERICAN PLASTICS TECHNOLOGIES INC | 904,893.00 | 0.00 | 0.00 |
| 33 | STEPHEN F. BURG | 30,000.00 | 0.00 | 0.00 |
| 34 | SHEFSKY & FROELICH LTD. | 488,272.24 | 0.00 | 0.00 |
| 37 | RENUKA MISRA PH D | 1,069,243.06 | 0.00 | 0.00 |
| 39 | US LIMO EXPRESS, LLC | 2,119.91 | 0.00 | 0.00 |
| 40 | MCELROY DEUTSCH MULVANEY & CARPENTE | 9,866.39 | 0.00 | 0.00 |
| 41 | BHUWAN PANDEY | 3,431,116.35 | 0.00 | 0.00 |
| 42 -3 | METRO FOUR ASSOCIATES, L.P. | 165,320.07 | 0.00 | 0.00 |
| 44 | ROBERT KALMAN | 135,000.00 | 0.00 | 0.00 |
| 46 | STANLEY & PATRICIA SILVER | 100,000.00 | 0.00 | 0.00 |
| 47 | FREEMIND GROUP LLC | 50,590.72 | 0.00 | 0.00 |
| 49 | CENTRAL YESHIVA BETH JOSEPH | 450,000.00 | 0.00 | 0.00 |
| 50 | MARGIE CHASSMAN | 2,000,000.00 | 0.00 | 0.00 |
| 53 | SAM JOHN | 38,743.56 | 0.00 | 0.00 |
| 54 | PERSISTENCY CAPITAL CAYMAN, LP | 89,906.25 | 0.00 | 0.00 |
| 56 | CLMS MANAGEMENT, LLC | 126,848.75 | 0.00 | 0.00 |
| 57 -2 | RAMESH PANDEY PH D | 1,887,094.00 | 0.00 | 0.00 |
| 59 | MAHMOUD & SAMIRA HALLOWAY | 27,156.00 | 0.00 | 0.00 |
| 61 | ROBERT KALMAN | 135,000.00 | 0.00 | 0.00 |
| 63 | ESTHER YIYI LAMNYAM | 25,000.00 | 0.00 | 0.00 |
| 66 | CHINA PATENT AGENT (H.K.) LTD. | 3,417.40 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 68 | BENCHMARK DIV OF ROBERT | 8,214.90 | 0.00 | 0.00 |
| 70U | HAZIZ ADELUNKLE AJAYI | 775.00 | 0.00 | 0.00 |
| 72 | MAHMOUD & SAMIRA HALLOWAY | 27,156.00 | 0.00 | 0.00 |
| 79 | MADGE W GLADSTONE | 7,209.95 | 0.00 | 0.00 |
| 81 | ANIL G BHANSALI | 70,000.00 | 0.00 | 0.00 |
| 82 | ADETOKUNDO RAZAQ, AJAYI | 12,500.00 | 0.00 | 0.00 |
| XECH1 | CIT Technology Financing Services, Inc. | 26,305.20 | 0.00 | 0.00 |
| XECH2 | JOURNAL PUBLICATIONS, INC. | 8,720.00 | 0.00 | 0.00 |
| XECH3 | BERNSTEIN 7 PINCHUK, LLP | 55,647.00 | 0.00 | 0.00 |
| XECH4 | CMF BUSINESS SUPPLIES, INC. | 15,392.74 | 0.00 | 0.00 |
| XECH5 | FEDEX CUSTOMER INFO. SERVICES | 578.50 | 0.00 | 0.00 |
| XECH8 | DONALD SALCITO | 120,000.00 | 0.00 | 0.00 |
| XECH9 | STATE OF NEW JERSEY | 10,800.00 | 0.00 | 0.00 |
| XECH11 | VERIZON WIRELESS MIDWEST | 1,412.99 | 0.00 | 0.00 |
| XECH12 | FIRST NIAGARA BANK | 22,219.28 | 0.00 | 0.00 |
| XECH14 | ROBERT SWIFT | 460,250.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**        0.00
Remaining balance:        **$**        0.00

Prepared By:  /s/NORMAN NEWMAN
                              Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-30513-JBS
XECHEM International, Inc.                                                Chapter 7
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: esullivan            Page 1 of 5            Date Rcvd: May 23, 2014
                               Form ID: pdf006            Total Noticed: 185

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2014.
```
db          +XECHEM International, Inc.,    379 Thornall St., 12th Floor,    Edison, NJ 08837-2233
12831146     AFCO,   4501 Colege Blvd., Ste. 3200,    Leawood, KS 66211-2328
12831143    +Absolute Protective Systems,    3 Kellogg Court Unite 13,    Edison, NJ 08817-2597
18648018    +Abundance Partners LP,    55 Fifth Ave 18th Fl,    New York, NY 10003-4301
12831144   #+Abundance Partners LP,    Attn: Vladimir Efros,    60 West 13 Street, Ste. 11F,
              New York, NY 10011-7915
12831238    +Adeola Odusanya,   9225 Hidden Water Circle,    Riverview, FL 33578-3029
12831147     Adetokundo Razaq, Ajayi,   3423 W. 72 Pl,    Chicago, IL 60629-3507
12831155    +Adeyinica Belco,   26 rocco Court,    Staten Island, NY 10310-1952
12831145    +AesRX, LLC c/o Nancy L. Manzer,   Wilmer Hale LP,    1875 Pennsylvania Ave, NW,
              Washington, DC 20006-3642
12831275    +Aharon & Jennifer Ungar,    1011 Upminister J,   Deerfield Beach, FL 33442-2801
13493512    +Alembic Limited,   c/o John Knab,   Garvey Schubert Barer,    Fifth Floor,   1000 Potomac St. N.W.,
              Washington, D.C 20007-3501
13493506     Alembic, Limited,   c/o John A. Knab,   Garvey Schubert Barer,    Fifth Floor,
              1000 Potomac St. N.W.,    Washingto, D.C. 20007-3501
12831149     Alembic, Limited,   Alembic Road,   Vadodara - 390-003,    Gujarat, India
12831203    +Alfred G. Gladstone &,    Alfred G. Gladstone (Altern. Invest Buy),    45 Old Oak Road,
              West Hartford, CT 06117-1849
12831150    +Alpha Capital Anstalt,    c/o LH Financial Association,    150 Central Park South, 2nd Fl.,
              New York, NY 10019-1566
16902907    +American Plastics Technologies Inc,    Michael J Vitale,   6332 W 26th Street,
              Berwyn, IL 60402-2680
12831242    +Amit Pandey,   4401 Birchwood Court,    North Brunswick, NJ 08902-3919
12831151     Anil G. Bhansali,   6 New Orleans Court,    Commack, NY 11725
12831152     Anthony J. Pasquariello & Assoc.,    305 E. Main Street,   Middleville, NJ 07855
12831153    +Basu Biosciences,   Attn: Shekhar K. Basu,    39 Heathcote Drive,    Mount Kisco, NY 10549-4529
12964774    +Basu Biosciences,   Geronimo LLC,   c/o Jason M Adler,    2 Rector St Ste 322,
              New York, NY 10006-1819
12924898    +Benchmark,   Div of Robert Half International,    5720 Stoneridge Drive Ste Three,
              Pleasanton, CA 94588-4521
12831156     Benchmark,   PO Box 60000,   San Francisco, CA 94160-3484
16578704    +Benchmark Div of Robert,    Half International,    Attn: Karen Lima,    P O Box 5024,
              San Ramon, CA 94583-5024
12831157     Bereskiin & Parr,   40 King Street West,    Toronto, M5H 3Y2 Canada
12831160    +Bernstein & Pinchuk, LLP,    Seven Penn Plaza, Suite 830,    New York, NY 10001-3998
12831159    +Beverly A. Berman,   89 Mattison Drive,    Concord, MA 01742-4138
12831253    +Beverly Robbins,   420 Patton Avenue,    Piscataway, NJ 08854-3632
13943716    +Bhuwan C Pandey,   c/o Edward J Zohn,    744 Mountain Blvd,   Watchung, NJ 07069-6297
12831243    +Bhuwan Pandey,   88 Sassafras Court,    North Brunswick, NJ 08902-1094
12831162     Bolet & Terrero,   c/o Aerocav N 1453,    PO Box 02-5304,   Miami, FL 33102-5304
12831164    +Buchi Corporation,   19 Lukens Drive,    New Castle, DE 19720-2787
12831165    +Business Council for,    Intl Understanding,    1212 Avenue of the Americas, 10th Fl.,
              New York, NY 10036-1600
12831176   +++CLMS Management, LLC,    Persistency Capital LLC,   Attn: Custody, Ste 2100,
              1270 Ave. of the Americas,    New York, NY 10020-1801
12831177     CMF,   3622 Kennedy Rd,    PO Box 339,   South Plainfield, NJ 07080-0339
12831193    +Carol Fiol,   7982 Bayside Drive,   Fort Collins, CO 80528-8952
12831167   +++Central Yeshiva Beth Joseph,    Rabbi Mordecai Jofen,    418 Avenue I,    Brooklyn, NY 11230-2620
13597076    +Central Yeshiva, Beth Joseph,    Law Offices of David Carlebach,    40 Exchange Place,
              New York, NY 10005-2701
12831168    +Charles B. Ganz,   Stratum Wealth Management,    2101 NW Corporate Blvd. Suite 211,
              Boca Raton, FL 33431-7319
12953937     Charos Ventures,   4 Surrey Lane,   Sacramento, CA 94207-3130
12831169    +Chase Bank,   133 Neilson St.,   New Brunswick, NJ 08901-1231
12953938     Children's Hospital of Philadelphia,    T Asakura - CHOP,   34th Street,    Philadelphia, PA 19104
12831172     China Patent agent (H.K.) Ltd.,    22/F., Great Eagle Centre,    23 Harbour Road,
              Wanchai, Hong Kong
12831173    +Chocolate Chip Investments, LLP,    Attn: Nat Pinnar,    1645 Village Center Circle,
              Las Vegas, NV 89134-6332
12831174    +Citicorp Vendor Finance, Inc.,    CIT Office & Technology Finance,    10201 Centurion Parkway N,
              Jacksonville, FL 32256-4114
12831175     Clarke Modet International, inc.,    GOYA 11,   Madrid, 28001 Spain
12831179     Continental Stock Transfer,    17 Battery Place,   New York, NY 10004-1123
12831180    +CoolerSmart,   PO Box 7777,   Philadelphia, PA 19175-0001
12831181    +Cosmid Consulting LLC,    7982 Bayside Drive,   Fort Collins, CO 80528-8952
12831187     DIRECTV,   PO Box 830032,   Baltimore, MD 21283-0032
13592647     DPPS Hong Kong Ltd. Trst of Wachovia,    c/o Joanne Louise Wood,    PO Box 63 Charter Place,
              23-27 Seaton Place,    St. Helier, Jersey J034 OWH, UK
12831189     DPPS HongKong Ltd. Trst of Wachovia,    c/o Joanne Louise Wood,    PO Box 63 Charter Place,
              23 - 27 Seaton Place,    St. Helier, Jersey J034 OWH, UK
12831191     DSL.NET, Inc.,   PO Box 33023,   Hartford, CT 06150-3023
12831182    +David Gendal Interv Tr U/A/D 3/3/95,    Attn: David Gendal,   18669 Long Lake Drive,
              Boca Raton, FL 33496-1938
```

```
District/off: 0752-1          User: esullivan            Page 2 of 5                   Date Rcvd: May 23, 2014
                              Form ID: pdf006            Total Noticed: 185


12831273      +++David Tsappidi,    24 York Drive,    Helmetta, NJ 08828-1161
12831269       +David, Michael & Richard Swift,    Attn: Robert Swift, Cust,    7982 Bayside Dr,
                 Fort Collins, CO 80528-8952
12831183        De Penning & De Penning,    10 Government Place East,    Kolkata, West Bengal,    700 069 India
12831184       #Declaration of Services, Inc. Profit,     Sharing Plan & Trust,    Attn: David Lerner,
                 501 Benvenue Avenue,    Los Altos, CA 94024-4010
12831261       +Dennis Shaya,    580 East Long Lake Road,    Bloomfield Hills, MI 48304-2332
12831185       +Dhillon, Avtar,    5820 Sagebrush Road,    La Jolla, CA 92037-7037
12831186        Diamondback Master Fund Ltd.,    c/o Diamondback Capital Mgnt, LLC,
                 Attn:Mark Hadlock-1 Landmark,15 FL,    Stamford, CT 06901
12831188        Dominion Empl Ben Trst F. Lamaigre Pensi,    c/o Joanne Louise Wood,    PO Box 603 Charter Place,
                 23 - 27 Seaton Place,    St. Helier, Jersey,    J34 OWH,    UK
12831258       +Donald Salcito,    9Martin lane,    Englewood, CO 80113-4820
12953939        Doran Family Trust,    Winnetka, CA 91306
12953948       +Dr Ramesh C Pandey,    4401 Birchwood Court,    North Brunswick, NJ 08902-3919
12831190       +Dr. Soji Adelaja,    3870 Hemmingway Drive,    Okemos, MI 48864-3700
12831192       +Elinor C. Ganz IRA Rollover,    1000 Island Blvd.,    North Miami Beach, FL 33160-4954
12831163       +Elliot G. Bossen,    1414 Raleigh Road, Ste. 250,    Chapel Hill, NC 27517-8834
12831216       +Esther Yiyi Lamnyam,    14509 Briercrest Road,    Bowie, MD 20720-4838
12831194       +Firebird Global Master Fund II,Ltd,    Attn: James Pasin-FG2 Advisors LLC,
                 152 West 57 Str - 24 Fl.,    New York, NY 10019-3466
12831195        First Niagara Bank,    M & C Leasing Co., Inc.,    1050 Union Road, Ste. 2,
                 Buffalo, NY 14224-3402
12831196       +First Niagra Leasing, Inc.,    Accounts Receivable,    PO Box 1040,    Buffalo, NY 14240-1040
12831197        Fisher Scientific,    PO Box 3648,    Boston, MA 02241-3648
12964818       +Fisher Scientific,    Gary Barnes,    Regional Credit Manager,    2000 Park Lane,
                 Pittsburgh, PA 15275-1114
12831217        Francois Lemaigre,    72 Doneralle Street,    Fulham, London SW6 6EP,    United Kingdom
12831198       +Free Mind Group LLC,    423 Brookline Avenue #124,    Boston, MA 02215-5410
13591770        Freemind Group LLC,    Nicholas Z Hegedus Esq,    Rep Freemind Group,    65 S Main St  Ste B102,
                 Pennington, NJ 08534-2827
12831199       +Furniture X-Change,    2300 US Highway 1 North,    North Brunswick, NJ 08902-4438
12831201       +Georgia B. Persinos, PhD.,    PG Associates,    11000 Waycroft Way,    Rockville, MD 20852-3215
12831202       +Geronimo, LLC (ML Prof.Clring Corp),    c/o Jason M. Adler,    2 Rector Street, Ste. 322,
                 New York, NY 10006-1819
12831161       +Gopal M. Bhatnagar,    12106 Pawnee Drive,    Gaithersburg, MD 20878-2071
12831218       +Gretchen Loase,    358 Lake Shore Drive,    Pleasantville, NY 10570-1319
12953945       +HE Gelber P Mackin-Gelber TTE,    Attn Harold E Gelber,    19800 N E 22 Avenue,
                 Miami, FL 33180-2137
12831206       +Harold E. Gelber Revocable Trust,    Attn: Harold E. Gelber,    19800 N.E. 22 Avenue,
                 Miami, FL 33180-2137
12831263       +Harry S.Silver,    940 Park Avenue, Ste. 8A,    New York, NY 10028-0311
12831148        Haziz Adelunkle Ajayi,    3423 W. 72 Pl,    Chicago, IL 60629-3507
13597070       +Il National Ins Co,    AIG Bankruptcy Coll,    Michelle A Levitt Authorized Rep,
                 70 Pine Street 28th Floor,    New York, NY 10270-0001
12831140        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12831207       +Isaac Inyang,    316 Lewis Street,    Somerset, NJ 08873-2570
12831208       +Issac Inyang,    1 Donlonton Circle,    Chesterfield, NJ 08515-9786
12831209       +Jack W. Kuhn Revocable Trust,    Attn: Jack W. Kuhn, Jr.,    645 North Victoria Park Road,
                 Fort Lauderdale, FL 33304-3432
12953943        Jeffrey S Friedstein,    2412 Churchill Lane,    Highland Park, IL 60035
12831210       +Jeremy w. Shulman,    Pordy & Ecker, PA,    11921 Rockville Pike,    Rockville, MD 20852-2737
12831211       +Jersey Elevator Co., Inc.,    657 Line Road,    Matawan, NJ 07747-1245
12831212       +John G. Nardi IRA Rollover,    Attn: John G. Nardi,    3741 N.E. 27 Terrace,
                 Pompano Beach, FL 33064-8401
12831260       +John Schingo,    1 Sandalwood Drive,    East Brunswick, NJ 08816-4045
12953955       +Judith Zissok,    13611 Deering Bay,    Miami, FL 33158-2839
12831239        Julius Shola Oladapo,    84 Elm Street,    Riverview, FL 33569
12831215        Klunker/Schmitt-Nilson/Hirsh,    Winzererstrape 106,    D-80797,    Munchen, Germany
12831200       +Larry B. Gelles,    1555 Astor,    Chicago, IL 60610-1673
12831158       +Laura Berlin,    45 Old Oak Road,    West Hartford, CT 06117-1849
12953946       +Lenonard A Mudry,    5 Goodale Circle,    New Brunswick, NJ 08901-1607
12831220       +M. Barbara Edelen,    Xechem International, Inc.,    379 Thornall Street,    Edison, NJ 08837-2225
18726649        Madge W Gladstone,    Alfred Gladstone,    45 Old Oak Road,    West Hartford, CT 06117-1849
12831205       +Mahmoud & Samira Halloway,    2200 West 116 Place,    Chicago, IL 60643-4736
12831170       +Margie Chassman,    445 West 23 Str., #16E,    New York, NY 10011-1444
13597018       +Margie Chassman,    465 W 23rd Street #12-J,    New York, NY 10011-2115
12831257       +Mark H. Robinson,    2715 Mayan Drive,    Fort Lauderdale, FL 33316-3239
12831222       +Mark Lakarosky,    82 New Road,    Kendall Park, NJ 08824-1135
12831223       +Mark Lakarowsky,    82 New Road,    Kendall Park, NJ 08824-1135
12831224        Martin Biggs Associates,    7 Friday Street,    Abinger Common, Dorking,    Surrey,RH5 6JR, U.K.
13571842       +McElroy Deutsch Mulvaney & Carpenter LLP,    Jeffrey Bernstein Esq,    100 Mulberry Street,
                 Three Gateway Center,    Newark, NJ 07102-4061
12831225      +++Metro Four Associates, L.P.,    c/o David Ward,    Mandelbaum Salsburg,    155 Prospect Ave,
                 West Orange, NJ 07052-4298
12831226       +Michael A. Bowman, Esq.,    Foley & Lardner LLP,    90 Park Avenue,    New York, NY 10016-1314
12831227       +Michael A. Littman,    7609 Ralston Road,    Arvada, CO 80002-2429
12831228       +Mishrilal Jain,    11700 Old Georgetown Road,    Rockville, MD 20852-8603
12831230        Momsen Leonardos & Cia.,    PO Box 21214,    Agecia Praca Maua,    Rio de Janeiro, 20010-970 Brazil
12831236       +NJBIZ,    101 North Second St., 2nd Fl.,    Harrisburg, PA 17101-1431
```

```
District/off: 0752-1          User: esullivan            Page 3 of 5              Date Rcvd: May 23, 2014
                              Form ID: pdf006            Total Noticed: 185

12831237      NYLife Insurance co. of Arizona,    PO Box 742545,     Cincinnati, OH 45274-2545
12831249     +Nat Pinnar,    4601 North Bay Road,    Miami Beach, FL 33140-2811
18726610      New Britain Radiological Assoc,    Alfred Gladstone,     45 Old Oak Road,
               West Hartford, CT 06117-1849
12831231     +New Britain Radiological Assoc. - 401(k),     F/B/O Alfred Gladstone,    One Liberty Square,
               PO Box 217,    New Britain, CT 06050-0217
12831232     +New Britain Radiological Assoc. - 401K,     F/B/O Sidney Ulreich,    One Liberty Square,
               PO Box 217,    New Britain, CT 06050-0217
12831233     +Nicholas Z. Hegedus,    Rep. Freemind Group,     65 S. Main St., Ste. B103,
               Pennington, NJ 08534-2827
12831234      Nigeria Export Bank,    Plot 795, 8 Str., Off Independence Ave.,
               Central Business District, P.M.B. 276,    Garki, Abuja,    Nigeria
12831235      Nitra Corp.,    19492 East Country Club Drive,    Miami Beach, FL 33141
12831141     +Office of the U.S. Trustee,    227 W. Monroe St., Ste 3350,     Chicago, IL 60606-5099
12831240     +Otolaryngology Group Ltd. Profit Sharing,    Attn: Allan P. Wolfe, Trustee,
               3633 West Lake Str., Ste 300,    Glenview, IL 60026-5803
12831241      Oversea's Cargo Services,    Greek lane,    Edison, NJ 08817
12831245     +Paychex 401K,    1551 S. Washington Ave., Ste. 200,     Piscataway, NJ 08854-6700
12831246     +Peddle Partners LLP,    Attn: Paul Drucker,    2445 N.W. 24 Ct.,    Boca Raton, FL 33431-8421
12831247    +++Persistency Capital Cayman, LP,    Persistency Capital LLC,    1270 Ave of Americas,Ste 2100,
               New York, NY 10020-1801
12831248      Phillips Ormonde & Fitzpatrick,    367 Collins Street,    Melbourne, 3000 Australia
12948257     +Philp Schipstein Rev Living,    c/o Shekhar Basu,    39 Heathcote Drive,
               Mount Kisco, NY 10549-4529
12831274     +Phyllis Ulreich,    24 Farmstead Lane,    West Hartford, CT 06117-2012
12831250     +Platinum Prtners L T Growth VI,    Attn: Mark Nordlicht,    152 West 57 Str., 54th Fl.,
               New York, NY 10019-3486
12953951    +++Prashant Shah,    130 Hope Road,    Holland, PA 18966-5408
12831251     +QED Partners LLC,    Attn: Robert Swift,    7982 Bayside Drive,    Fort Collins, CO 80528-8952
12992019     +Rabinowitz Lubetkin & Tully LLC,    c/o Mary Ellen Tully Esq,    293 Eisenhower Parkway Ste 100,
               Livingston, NJ 07039-1711
12831252      Rahul Sharma, Esq.,    Dutt & Sharma,    New Delhi, India
15361901     +Ramesh Pandey,    GDPAU, 100 Jersey Ave., Bldg A-210,    New Burnswick, NJ 08901-3200
13606262     +Ramesh Pandey Ph D,    Ramesh Pandey Ph D,    Technology Center,    100 Jersey Avenue  Bldg A-210,
               New Brunswick, NJ 08901-3200
12831229     +Renuka Misra,    1405 Key Parkway East, Unit 201A,    Frederick, MD 21702-3734
13491850     +Renuka Misra Ph D,    c/o Stephen A Metz Esquire,    Shulman Rogers Gandal Pordy & Ecker PA,
               11921 Rockville Pike  Ste 300,    Rockville, MD 20852-2737
12831178     +Robert Gerald ~Cohen,    188 Oaks Road,    Framingham, MA 01702-5957
12831254     +Robert Half Management Resources,    12400 Collections Center Drive,     Chicago      60693-0124
12924887     +Robert Half Management Services,    Div of Robert Half International,
               5720 Stoneridge Drive  Ste Three,    Pleasanton, CA 94588-2732
12831214     +Robert Kalman,    950 Skokie Blvd., Ste. 202,    Northbrook, IL 60062-4017
12831256     +Robert Swift,    Xechem International, Inc.,    379 Thornall Street,    Edison, NJ 08837-2225
12831255     +Robert Swift,    7982 Bayside Drive,    Fort Collins, CO 80528-8952
12953950      Rutgers University,    Cook College,    New Brunswick, NJ 08901
12831259     +SB Corporate Consulting,    3257 Winged Foot Drive,    Fairfield, CA 94534-7809
12831213    +++Sam John,    444 Washington Blvd, Apt. 3236,    Jersey City, NJ 07310-1932
12831262     +Shefsky & Froelich Ltd.,    c/o Mitch D. Goldsmith,    111 East Wacker Drive, Ste. 2800,
               Chicago, IL 60601-4209
12970205     +Shekhar Basu,    c/o Barton Nachamie Esq,    Todtman Nachamie Spizz & Johns PC,    425 Park Avenue,
               New York, NY 10022-3525
12953944     +Sheldon L Friedstein,    P O Box 7917,    Aspen, CO 81612-7917
12831264     +Simon and Lupo,    1254 Highway 27,    North Brunswick, NJ 08902-1765
12953952     +Stanley & Patricia Silver,    701 Arden Drive,    Beverly Hills, CA 90210-3511
12831265     +Stephen F. Burg,    3257 Winged Foot Drive,    Fairfield, CA 94534-7809
12831267     +Steve Coleman,    198 Winding road,    Iselin, NJ 08830-2159
12831268     +Sugarman Investment L.C. (Embassy West),    Attn: Howard P. Sugarman,    120 Judges Lane,
               Towson, MD 21204-2045
12831271     +TOXIKON Corporation,    15 Wiggins Avenue,    Bedford, MA 01730-2314
12831270     +The Griffing Group, Inc.,    750 Grove Street,    Glencoe, IL 60022-1518
12831221     +Thomas Malley,    19 Martin Lane,    Englewood, CO 80113-4820
13019598     +Toxikon Corporation,    c/o Robert G Cohen Esq,    188 Oaks Road,    Framingham, MA 01702-5957
12831272      Treasurer-County of Middlesex,    Middlesex County Admin Bldg., 5th Fl.,    New Brunswick, NJ 08901
12831280    ++U S SECURITIES AND EXCHANGE COMMISSION,    ATLANTA REG OFFICE AND REORG,
               950 E PACES FERRY RD NE STE 900,    ATLANTA GA 30326-1382
              (address filed with court: US Securities & Exchange Commission,     c/o Susan R. Sherrill-Beard,
               3475 Lenox Road, Ste 1000,    Atlanta, GA 30326-1232)
12831139     +U.S. Attorney's Office,    219 South Dearborn Str., Ste 5000,    Chicago, IL 60604-1702
12831278     +UPS Capital Business Credit,    425 Day Hill Road,    Windsor, CT 06095-1712
12831279     +US Limo Express, LLC,    6 Cobbler's Cir.,    Franklin Park, NJ 08823-1737
12831276      United Bank of America, Nigeria,    Need Address
12831277      United Parcel Service,    PO Box 7247-0244,    Philadelphia, PA 19170-0001
12831281      Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
12831282     +Village Office Supply,    600 Apgar Drive,    Somerset, NJ 08873-1180
12831283     +Vineyard Productions LLC,    100 Jersey Avenue Bldg. A,    Suite A100, Box A-11,
               New Brunswick, NJ 08901-3200
12831284     +Vintage Filings, LLC,    150 West 46th Str., 6th Fl.,    New York, NY 10036-8511
12831285     +Waters Corporation,    4559 Payshpere Circle,    Chicago, IL 60674-0045
12831286     +Whalehaven Capital Fund Ltd.,    560 Sylvan Avenue 3rd Floor,    Englewood Cliffs, NJ 07632-3119
```

```
District/off: 0752-1           User: esullivan             Page 4 of 5                  Date Rcvd: May 23, 2014
                               Form ID: pdf006             Total Noticed: 185


12831171      +William S. Chester,    5017 Buffalo Creek Lane,    Evergreen, CO 80439-7505
12831287      +Williams Refrigeration,    901 Trinity Street,    South Plainfield, NJ 07080-1741
12831288       Wilson Gunn M'Caw,    41-51 Royal Exchange,   Cross Street,    Manchester, M2 7BD, U.K.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12831154      +E-mail/Text: diane@prars.com May 24 2014 00:18:39      Bay Tact Corporation,    440 route 198,
               Woodstock Valley, CT 06282-2427
13454453      +E-mail/Text: cio.bncmail@irs.gov May 24 2014 00:16:52      Department of the Treasury,
               Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
12831142       E-mail/Text: cio.bncmail@irs.gov May 24 2014 00:16:52      I.R.S.,    230 South Dearborn Street,
               Chicago, IL 60604
17184522      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 24 2014 00:17:19      Office of the U.S. Trustee,
               219 South Dearborn St.,    Room 873,   Chicago, IL 60604-2027
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Locke Lord Bissell & Liddell, LLP
18731930       Anil G Bhansali,   S-533 Greater Kailas II,    New Delhi, 110048
12953942       Brain & Laurie Fitzgerald
12953940       Embassey West LLC
12953936       Michael Brousseau
12953947       NEXIM House,   Plot 975 Cadastral Zone AO,    Central Business District,   PMB 276 Garki Abuja
12953949       Phillip Schlipstein TTEE,   National Financial Services Co
12953953       The Scimberg Family Trust
12953954       The Wood Ridge Trust
18480420*     +Esther Yiyi Lamnyam,    14509 Briercrest Road,   Bowie, MD 20720-4838
13046573    ##+American Plastics Technologies Inc,    Derek P Usman,    POB 1057,   Chicago IL 60690-1057
12831166    ##+Business Wire,   PO Box 45348,   San Francisco, CA 94145-0348
12953941    ##+Financialbridge Inc,    Attn E Essian,   11410 N Kendall Drive Ste 304,    Miami, FL 33176-1031
12831204    ##+GTI,   25 Lindsley Drive,   Morristown, NJ 07960-4456
12831244    ##+Patricia M. Zohn, Esq.,    Zohn & Zohn, LLP,   744 Mountain Blvd.,    Watchung, NJ 07069-6297
13597248    ##+Persistency,   Persistency Capital LLC,    1270 Avenue of the Americas,    Suite 2100,
               New York, NY 10020-1801
12831266    ##+Stericycle, Inc.,    PO Box 9001590,   Louisville, KY 40290-1590
12831219    ##+Thomas J. LoBue,   25 Central Park West, Ste. 10Z,    New York, NY 10023-7216
12831289    ##+Wolfe Axelrod Weinberger Assoc. LLC,    317 Madison Ave., Ste. 515,    New York, NY 10017-5282
                                                                                         TOTALS: 9, * 1, ## 9

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2014 at the address(es) listed below:
              Aaron C Smith    on behalf of Debtor   XECHEM International, Inc. asmith@lockelord.com,
               chicagodocket@lockelord.com
              David W. Wirt    on behalf of Debtor   XECHEM International, Inc. dwirt@lockelord.com,
               croe@lockelord.com;chicagodocket@lockelord.com
              Douglas S Draper    on behalf of Debtor   XECHEM International, Inc. ddraper@hellerdraper.com,
               lcollins@hellerdraper.com;mdolan@hellerdraper.com
```

```
District/off: 0752-1          User: esullivan              Page 5 of 5                  Date Rcvd: May 23, 2014
                              Form ID: pdf006              Total Noticed: 185
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Douglas S Draper    on behalf of blank    Xechem, Inc. ddraper@hellerdraper.com, lcollins@hellerdraper.com;mdolan@hellerdraper.com
- Edward J. Lesniak    on behalf of Creditor    Alembic, Limited elesniak@burkelaw.com
- Elizabeth E Richert    on behalf of Interested Party    AesRx, LLC erichert@colemanlawfirm.com, dmueller@colemanlawfirm.com
- Gini S. Marziani    on behalf of Creditor Renuka  Misra Ph D gsmarziani@davismcgrath.com, mjoseph@davismcgrath.com,lmiller@davismcgrath.com
- Kara J Bruce    on behalf of Debtor    XECHEM International, Inc. kbruce@lockelord.com, docket@lockelord.com
- Kenneth A. Henry    on behalf of Creditor Robert  Swift khenry@kahlaw.com
- L. Judson Todhunter    on behalf of Creditor    Metro Four Associates, LP JTodhunter@howardandhoward.com
- Monika J. Machen    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors mmachen@polsinelli.com
- Norman B Newman    nnewman@muchshelist.com, nsulak@muchshelist.com;IL83@ecfcbis.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Robert E Richards    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors robert.richards@dentons.com, NDIL_ECF@dentons.com
- Sara E Lorber    on behalf of Creditor Ramesh  Pandey slorber@wfactorlaw.com, gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;slorber@ecf.inforuptcy.com
- Stephen A Metz    on behalf of Creditor Renuka  Misra Ph D smetz@srgpe.com
- Steve  Jakubowski    on behalf of Interested Party    AesRx, LLC sjakubowski@rsplaw.com, docketing@rsplaw.com
- William J Factor    on behalf of Creditor Ramesh  Pandey wfactor@wfactorlaw.com, wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy.com

```
                                                                                          TOTAL: 18
```