# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: XECHEM INTERNATIONAL, INC.     §    Case No. 08-30513

                                     §

                                     §

Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

<table>
<tr><td>Assets Abandoned: $9,540,295.30<br><i>(without deducting any secured claims)</i></td><td>Assets Exempt: N/A</td></tr>
<tr><td>Total Distribution to Claimants: $1,000.00</td><td>Claims Discharged<br>Without Payment: N/A</td></tr>
<tr><td>Total Expenses of Administration: $58,102.60</td><td></td></tr>
</table>

    3) Total gross receipts of $ 59,102.60 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $59,102.60 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,815,359.54 | $5,703,038.20 | $2,822,964.25 | $1,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,223.41 | 57,191.44 | 57,191.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 672,857.40 | 672,857.40 | 911.16 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 16,699.11 | 172,975.00 | 126,725.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,718,586.36 | 18,378,471.06 | 14,083,182.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $20,550,645.01 | $24,939,565.07 | $17,762,920.14 | $59,102.60 |

4) This case was originally filed under Chapter 7 on November 09, 2008. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/27/2014_____   By: _/s/NORMAN NEWMAN_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank and Technology Services Fee Adjustment | 1290-000 | 1.29 |
| Earnest Money for the purchase of all assets DEP | 1129-000 | 1,900.00 |
| Earnest money for the purchase of all assets DEP | 1129-000 | 500.00 |
| Return of Earnest Money | 1129-000 | -2,400.00 |
| Ceptor Corporation - shares of common stock** | 1129-000 | 59,100.00 |
| Interest Income | 1270-000 | 1.31 |
| **TOTAL GROSS RECEIPTS** | | **$59,102.60** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | DOMINION EMPL BEN TRST. F. LAMAIGRE | 4210-000 | 121,625.00 | 112,800.00 | 112,800.00 | 0.00 |
| 11 | DENNIS SHAYA | 4210-000 | 72,975.00 | 68,947.00 | 68,947.00 | 0.00 |
| 15 | FRANCOIS LEMAIGRE | 4210-000 | 166,991.67 | 164,716.67 | 164,716.67 | 0.00 |
| 16 | JOHN G. NARDI - IRA ROLLOVER | 4110-000 | 60,812.50 | 50,000.00 | 50,000.00 | 0.00 |
| 18 | DIAMONDBACK MASTER FUND LTD. | 4210-000 | 1,216,250.00 | 1,000,000.00 | 1,000,000.00 | 0.00 |
| 23 | WILLIAM S. CHESTER | 4210-000 | 121,625.00 | 100,000.00 | 100,000.00 | 0.00 |
| 36 | GRETCHEN LOASE | 4210-000 | N/A | 15,000.00 | 15,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | ALEMBIC LIMITED | 4110-000 | unknown | 1,411,651.82 | 1,000.00 | 1,000.00 |
| 45 -3 | ROBERT SWIFT | 4210-000 | 238.81 | 146,931.10 | 146,931.10 | 0.00 |
| 48 | DPPS HONG KONG, LTD., TRUST OF WACH | 4210-000 | 121,625.00 | 112,800.00 | 112,800.00 | 0.00 |
| 58 | ALPHA CAPITAL AG | 4210-000 | 352,111.52 | 453,303.56 | 453,303.56 | 0.00 |
| 60 | WHALEHAVEN CAPITAL FUND LTD. | 4210-000 | 276,904.06 | 339,695.61 | 339,695.61 | 0.00 |
| 62 | JOHN SCHINGO | 4210-000 | 57,677.73 | 57,770.31 | 57,770.31 | 0.00 |
| 64 | JOHN SCHINGO | 4110-000 | N/A | 57,770.31 | 0.00 | 0.00 |
| 74 | ABUNDANCE PARTNERS LP | 4210-000 | 221,523.25 | 200,000.00 | 200,000.00 | 0.00 |
| 75 | ALEMBIC, LIMITED | 4110-000 | N/A | 1,411,651.82 | 0.00 | 0.00 |
| NOTFILED | AesRX, LLC c/o Nancy L. Manzer Wilmer Hale LP | 4110-000 | 25,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,815,359.54 | $5,703,038.20 | $2,822,964.25 | $1,000.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN NEWMAN | 2100-000 | N/A | 6,205.07 | 1,000.00 | 1,000.00 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | N/A | 975.53 | 975.53 | 975.53 |
| MILLER COOPER | 3420-000 | N/A | 421.00 | 421.00 | 421.00 |
| MILLER COOPER | 3410-000 | N/A | 2,799.00 | 2,799.00 | 2,799.00 |
| MUCH SHELIST, ET.AL. | 3120-000 | N/A | 0.00 | 173.10 | 173.10 |
| MUCH SHELIST, ET.AL. | 3110-000 | N/A | 0.00 | 50,000.00 | 50,000.00 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | N/A | 976.66 | 976.66 | 976.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.69 | 26.69 | 26.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 122.21 | 122.21 | 122.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 117.10 | 117.10 | 117.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.31 | 29.31 | 29.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 7.00 | 7.00 | 7.00 |
| THE BANK OF NEW YORK MELLON | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.91 | 5.91 | 5.91 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.13 | 11.13 | 11.13 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.30 | 12.30 | 12.30 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.89 | 11.89 | 11.89 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.27 | 12.27 | 12.27 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.85 | 11.85 | 11.85 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.23 | 12.23 | 12.23 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.21 | 12.21 | 12.21 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.80 | 11.80 | 11.80 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.18 | 12.18 | 12.18 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.77 | 11.77 | 11.77 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.12 | 12.12 | 12.12 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.13 | 7.13 | 7.13 |
| Rabobank, N.A. | 2600-000 | N/A | 10.92 | 10.92 | 10.92 |
| Rabobank, N.A. | 2600-000 | N/A | 11.29 | 11.29 | 11.29 |
| Clerk of the United States Bankruptcy Court | 2990-000 | N/A | 31.84 | 31.84 | 31.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,223.41 | $57,191.44 | $57,191.44 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| METRO FOUR ASSOCIATES, L.P. | 6920-000 | N/A | 22,717.91 | 22,717.91 | 0.00 |
| SNR DENTON US LLP | 6700-000 | N/A | 8,270.10 | 8,270.10 | 11.59 |
| SNR DENTON US LLP | 6710-000 | N/A | 362,925.00 | 362,925.00 | 508.63 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| LOCKE LORD BISSELL & LIDDELL, LLP | 6710-000 | N/A | 1,678.36 | 1,678.36 | 2.35 |
| LOCKE LORD BISSELL & LIDDELL, LLP | 6700-000 | N/A | 86,021.00 | 86,021.00 | 120.56 |
| HELLER DRAPER HAYDEN PATRICK & HORN | 6700-000 | N/A | 23,317.53 | 23,317.53 | 32.68 |
| HELLER DRAPER HAYDEN PATRICK & HORN | 6700-000 | N/A | 167,927.50 | 167,927.50 | 235.35 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $672,857.40 | $672,857.40 | $911.16 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 35 -2 | DEPARTMENT OF THE TREASURY | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 70P | HAZIZ ADELUNKLE AJAYI | 5300-000 | 16,699.11 | 11,725.00 | 11,725.00 | 0.00 |
| XECH7 | DEPARTMENT OF TREASURY | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| XECH10 | STATE OF NEW JERSEY | 5800-000 | N/A | 115,000.00 | 115,000.00 | 0.00 |
| XECH14P | ROBERT SWIFT | 5300-000 | N/A | 46,250.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $16,699.11 | $172,975.00 | $126,725.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GEORGIA B. PERSINOS, PHD. | 7100-000 | 462.50 | 293.75 | 293.75 | 0.00 |
| 2 | SIMON AND LUPO | 7100-000 | 9,560.29 | 14,537.69 | 14,537.69 | 0.00 |
| 3 | ROBERT HALF MANAGEMENT SERVICES | 7100-000 | 12,012.00 | 12,837.00 | 12,837.00 | 0.00 |
| 4 | BENCHMARK | 7100-000 | 8,214.90 | 8,214.90 | 8,214.90 | 0.00 |
| 5 | PEDDLE PARTNERS LLP | 7100-000 | 60,311.04 | 55,860.00 | 55,860.00 | 0.00 |
| 6 | ELINOR C. GANZ IRA ROLLOVER | 7100-000 | 58,943.96 | 55,860.00 | 55,860.00 | 0.00 |
| 7 | HAROLD E. GELBER REVOCABLE TRUST | 7100-000 | 54,273.20 | 55,860.00 | 55,860.00 | 0.00 |
| 8 | LAURA BERLIN | 7100-000 | 27,291.98 | 27,930.00 | 27,930.00 | 0.00 |
| 9 | ALFRED G. GLADSTONE & | 7100-000 | 39,824.77 | 34,200.00 | 34,200.00 | 0.00 |
| 12 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4 | 7100-000 | 11,696,563.00 | 35,910.00 | 35,910.00 | 0.00 |
| 13 | NEW BRITAIN RADIOLOGICAL ASSOC. - 4 | 7100-000 | N/A | 83,790.00 | 83,790.00 | 0.00 |
| 14 | PHILP SCHIPSTEIN REV LIVING | 7100-000 | 114,583.33 | 117,250.00 | 117,250.00 | 0.00 |
| 17 | MARK H. ROBINSON | 7100-000 | 60,812.00 | 50,000.00 | 50,000.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | PRASHANT SHAH | 7100-000 | 121,625.00 | 121,625.00 | 121,625.00 | 0.00 |
| 20 | BASU BIOSCIENCES | 7100-000 | 121,625.00 | 243,250.00 | 243,250.00 | 0.00 |
| 21 | FISHER SCIENTIFIC | 7100-000 | 305.60 | 280.44 | 280.44 | 0.00 |
| 22 | PHILLIPS ORMONDE & FITZPATRICK | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| 24 | BASU BIOSCIENCES | 7100-000 | 121,625.00 | 121,625.00 | 0.00 | 0.00 |
| 25 | SHEKHAR BASU | 7100-000 | N/A | 262,800.00 | 262,800.00 | 0.00 |
| 26 | BEVERLY ROBBINS | 7100-000 | 436,475.00 | 432,250.00 | 432,250.00 | 0.00 |
| 27 | MOMSEN LEONARDOS & CIA | 7100-000 | 3,342.74 | 3,627.74 | 3,627.74 | 0.00 |
| 28 | THOMAS MALLEY | 7100-000 | 121,625.00 | 100,000.00 | 100,000.00 | 0.00 |
| 29 | RABINOWITZ LUBETKIN & TULLY LLC | 7100-000 | N/A | 8,323.77 | 8,323.77 | 0.00 |
| 30 | TOXIKON CORPORATION | 7100-000 | 325,022.50 | 325,022.50 | 325,022.50 | 0.00 |
| 31 | DAVID TSAPPIDI | 7100-000 | 16,690.00 | 16,690.00 | 16,690.00 | 0.00 |
| 32 -2 | AMERICAN PLASTICS TECHNOLOGIES INC | 7100-000 | N/A | 904,893.00 | 904,893.00 | 0.00 |
| 33 | STEPHEN F. BURG | 7100-000 | 766.75 | 30,000.00 | 30,000.00 | 0.00 |
| 34 | SHEFSKY & FROELICH LTD. | 7100-000 | 471,176.47 | 488,272.24 | 488,272.24 | 0.00 |
| 37 | RENUKA MISRA PH D | 7100-000 | N/A | 1,069,243.06 | 1,069,243.06 | 0.00 |
| 39 | US LIMO EXPRESS, LLC | 7100-000 | 1,646.21 | 2,119.91 | 2,119.91 | 0.00 |
| 40 | MCELROY DEUTSCH MULVANEY & CARPENTE | 7100-000 | N/A | 9,866.39 | 9,866.39 | 0.00 |
| 41 | BHUWAN PANDEY | 7100-000 | 16,512.50 | 3,431,116.35 | 3,431,116.35 | 0.00 |
| 42 -3 | METRO FOUR ASSOCIATES, L.P. | 7100-000 | 34,119.32 | 165,320.07 | 165,320.07 | 0.00 |
| 44 | ROBERT KALMAN | 7100-000 | N/A | 135,000.00 | 135,000.00 | 0.00 |
| 46 | STANLEY & PATRICIA SILVER | 7100-000 | 125,000.00 | 100,000.00 | 100,000.00 | 0.00 |
| 47 | FREEMIND GROUP LLC | 7100-000 | 44,952.10 | 50,590.72 | 50,590.72 | 0.00 |
| 49 | CENTRAL YESHIVA BETH JOSEPH | 7100-000 | 495,812.51 | 450,000.00 | 450,000.00 | 0.00 |
| 50 | MARGIE CHASSMAN | 7100-000 | 1,139,193.68 | 2,000,000.00 | 2,000,000.00 | 0.00 |
| 51 | IL NATIONAL INS CO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 52 -2 | CENTRAL YESHIVA, BETH JOSEPH | 7100-000 | N/A | 495,812.51 | 0.00 | 0.00 |
| 53 | SAM JOHN | 7100-000 | 37,525.00 | 38,743.56 | 38,743.56 | 0.00 |
| 54 | PERSISTENCY CAPITAL CAYMAN, LP | 7100-000 | 1,307,466.75 | 89,906.25 | 89,906.25 | 0.00 |
| 55 | PERSISTENCY | 7100-000 | N/A | 1,198,750.00 | 0.00 | 0.00 |
| 56 | CLMS MANAGEMENT, LLC | 7100-000 | 127,706.25 | 126,848.75 | 126,848.75 | 0.00 |
| 57 -2 | RAMESH PANDEY PH D | 7100-000 | 359,278.15 | 1,887,094.00 | 1,887,094.00 | 0.00 |
| 59 | MAHMOUD & SAMIRA HALLOWAY | 7100-000 | 25,479.96 | 27,156.00 | 27,156.00 | 0.00 |
| 61 | ROBERT KALMAN | 7100-000 | N/A | 135,000.00 | 135,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | ESTHER YIYI LAMNYAM | 7100-000 | 28,538.93 | 25,000.00 | 25,000.00 | 0.00 |
| 65 | AMERICAN PLASTICS TECHNOLOGIES INC | 7100-000 | 0.00 | 904,893.00 | 0.00 | 0.00 |
| 66 | CHINA PATENT AGENT (H.K.) LTD. | 7100-000 | 1,762.70 | 3,417.40 | 3,417.40 | 0.00 |
| 67 | RAMESH PANDEY PH D | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 68 | BENCHMARK DIV OF ROBERT | 7100-000 | 8,214.90 | 8,214.90 | 8,214.90 | 0.00 |
| 70U | HAZIZ ADELUNKLE AJAYI | 7100-000 | N/A | 775.00 | 775.00 | |
| 71 | PEDDLE PARTNERS LLP | 7100-000 | N/A | 55,860.00 | 0.00 | 0.00 |
| 72 | MAHMOUD & SAMIRA HALLOWAY | 7100-000 | N/A | 27,156.00 | 27,156.00 | 0.00 |
| 73 | ESTHER YIYI LAMNYAM | 7100-000 | N/A | 25,000.00 | 0.00 | 0.00 |
| 76 | LAURA BERLIN | 7100-000 | N/A | 24,500.00 | 0.00 | 0.00 |
| 77 | NEW BRITAIN RADIOLOGICAL ASSOC | 7100-000 | N/A | 31,500.00 | 0.00 | 0.00 |
| 78 | ALFRED G. GLADSTONE & | 7100-000 | N/A | 31,500.00 | 0.00 | 0.00 |
| 79 | MADGE W GLADSTONE | 7100-000 | N/A | 7,209.95 | 7,209.95 | 0.00 |
| 80 | MADGE W GLADSTONE | 7100-000 | N/A | 4,704.00 | 0.00 | 0.00 |
| 81 | ANIL G BHANSALI | 7100-000 | N/A | 70,000.00 | 70,000.00 | 0.00 |
| 82 | ADETOKUNDO RAZAQ, AJAYI | 7100-000 | N/A | 12,500.00 | 12,500.00 | 0.00 |
| XECH1 | CIT Technology Financing Services, Inc. | 7100-000 | N/A | 26,305.20 | 26,305.20 | 0.00 |
| XECH2 | JOURNAL PUBLICATIONS, INC. | 7100-000 | N/A | 8,720.00 | 8,720.00 | 0.00 |
| XECH3 | BERNSTEIN 7 PINCHUK, LLP | 7100-000 | 55,647.00 | 55,647.00 | 55,647.00 | 0.00 |
| XECH4 | CMF BUSINESS SUPPLIES, INC. | 7100-000 | 16,212.39 | 15,392.74 | 15,392.74 | 0.00 |
| XECH5 | FEDEX CUSTOMER INFO. SERVICES | 7100-000 | 57.26 | 578.50 | 578.50 | 0.00 |
| XECH6 | AMERICAN PLASTICS TECHNOLOGY, INC. | 7100-000 | N/A | 1,400,000.00 | 0.00 | 0.00 |
| XECH8 | DONALD SALCITO | 7100-000 | N/A | 120,000.00 | 120,000.00 | 0.00 |
| XECH9 | STATE OF NEW JERSEY | 7100-000 | N/A | 10,800.00 | 10,800.00 | 0.00 |
| XECH11 | VERIZON WIRELESS MIDWEST | 7100-000 | N/A | 1,412.99 | 1,412.99 | 0.00 |
| XECH12 | FIRST NIAGARA BANK | 7100-000 | 9,703.72 | 22,219.28 | 22,219.28 | 0.00 |
| XECH14 | ROBERT SWIFT | 7100-000 | N/A | 460,250.00 | 460,250.00 | 0.00 |
| XECH15 | VERIZON WIRELESS | 7100-000 | N/A | 1,144.50 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $17,718,586.36 | $18,378,471.06 | $14,083,182.05 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-30513 | **Trustee:** (330270)  NORMAN NEWMAN |
| **Case Name:** XECHEM INTERNATIONAL, INC. | **Filed (f) or Converted (c):** 03/07/11 (c) |
| | **§341(a) Meeting Date:** 04/21/11 |
| **Period Ending:** 10/27/14 | **Claims Bar Date:** 04/05/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Ceptor Corporation - shares of common stock**  **Funds received were pursuant to Trustee's sale of any and all of his right, title and interest in the remaining assets in this estate (Asset Nos. 1-7).  See Exhibit A to Order dated 8/29/11 attached hereto. | 1,000.00 | 1,000.00 | | 59,100.00 | FA |
| 2 | Xechem Pharmaceutical Nigeria- (stock) | 7,000,000.00 | 7,000,000.00 | | 0.00 | FA |
| 3 | Xechem India Private (stock) | Unknown | Unknown | | 0.00 | FA |
| 4 | Xechem U.K. (stock) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Xechem China  (stock) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | ZetaPharm (stock) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Various claims | 1,790,295.30 | 1,790,295.30 | | 0.00 | FA |
| 8 | NIPRD License for development and sale of NICOSA  License terminated during Chapter 11. | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 9 | License 5HMF  License sold during Chapter 11. | 250,000.00 | 250,000.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.31 | FA |
| 10 | **Assets    Totals** (Excluding unknown values) | **$9,541,295.30** | **$9,541,295.30** | | **$59,101.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report filed.  Hearing on Final Report is set for June 26, 2014.

**Initial Projected Date Of Final Report (TFR):**    August 31, 2012        **Current Projected Date Of Final Report (TFR):**    May 22, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-30513 |
| **Case Name:** | XECHEM INTERNATIONAL, INC. |
| **Taxpayer ID #:** | **-***4803 |
| **Period Ending:** | 10/27/14 |

| | |
|---|---|
| **Trustee:** | NORMAN NEWMAN (330270) |
| **Bank Name:** | THE BANK OF NEW YORK MELLON |
| **Account:** | ****-******16-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/11 | | DONALD SALCITO | Earnest money for the purchase of all assets DEPOSIT CHECK #1215 | 1129-000 | 500.00 | | 500.00 |
| 08/08/11 | | LESLIA D. LEE | Earnest Money for the purchase of all assets DEPOSIT CHECK #099764 | 1129-000 | 600.00 | | 1,100.00 |
| 08/18/11 | | Dennis Drehkoff | Earnest money for the purchase of all assets DEPOSIT CHECK #530523752 | 1129-000 | 700.00 | | 1,800.00 |
| 08/23/11 | | LaMonte M. Forthun | Earnest money for the purchase of all assets DEPOSIT CHECK #u7241 | 1129-000 | 600.00 | | 2,400.00 |
| 08/24/11 | {1} | Robert A. Swift | Final Bid for the Purchse of all Assets - Per Order dated 8/29/11 DEPOSIT CHECK #4090 | 1129-000 | 59,100.00 | | 61,500.00 |
| 08/30/11 | | To Acct # 004185041666 | Account Transfer | 9999-000 | | 600.00 | 60,900.00 |
| 08/30/11 | 1001 | Donald Salcito | Return of Earnest Money | 1129-000 | -500.00 | | 60,400.00 |
| 08/30/11 | 1002 | Leslia D. Lee | Return of Earnest Money | 1129-000 | -600.00 | | 59,800.00 |
| 08/30/11 | 1003 | W. Dennis Drehkoff | Return of Earnest Money | 1129-000 | -700.00 | | 59,100.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 59,100.12 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.69 | 59,073.43 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 1290-000 | 1.29 | | 59,074.72 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 59,075.20 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.21 | 58,952.99 |
| 10/28/11 | 1004 | Much Shelist, et.al. | Interim Compensation for the period 3/9/11 - 08/31/11 | 3110-000 | | 50,000.00 | 8,952.99 |
| 10/28/11 | 1005 | Much Shelist, et.al. | Interim Expenses for the period 3/9/11 - 08/31/11 | 3120-000 | | 173.10 | 8,779.89 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.50 | | 8,780.39 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 117.10 | 8,663.29 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,663.36 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.31 | 8,634.05 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,634.12 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,609.12 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,609.19 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,584.19 |
| 02/07/12 | 1006 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #08-30513, Bond#016026455 | 2300-000 | | 7.00 | 8,577.19 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,552.19 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,527.19 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,502.19 |

Subtotals :  $59,702.60   $51,200.41

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 08-30513 | |
| **Case Name:** | XECHEM INTERNATIONAL, INC. | |
| **Taxpayer ID #:** | **-***4803 | |
| **Period Ending:** | 10/27/14 | |

| | | |
|---|---|---|
| **Trustee:** | NORMAN NEWMAN (330270) | |
| **Bank Name:** | THE BANK OF NEW YORK MELLON | |
| **Account:** | ****-******16-65 - Checking Account | |
| **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,477.19 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,452.19 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,427.19 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,402.19 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,377.19 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,352.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,327.19 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Fee | 2600-000 | | 25.00 | 8,302.19 |
| 01/09/13 | | Transfer to Acct #2221644202 | Bank Funds Transfer | 9999-000 | | 8,302.19 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 59,702.60 | 59,702.60 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,902.19 | |
| **Subtotal** | 59,702.60 | 50,800.41 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$59,702.60** | **$50,800.41** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-30513 |
| Case Name: | XECHEM INTERNATIONAL, INC. |
| Taxpayer ID #: | **-***4803 |
| Period Ending: | 10/27/14 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330270) |
| Bank Name: | THE BANK OF NEW YORK MELLON |
| Account: | ****-*****16-66 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/11 | | From Acct # 004185041665 | Account Transfer | 9999-000 | 600.00 | | 600.00 |
| 08/30/11 | 101 | LaMonte M. Forthun | Return of Earnest Money | 1129-000 | -600.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 600.00 | 0.00 | |
| | | | **Subtotal** | | **-600.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-600.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/27/2014 10:14 AM   V.13.18

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-30513 |
| **Case Name:** | XECHEM INTERNATIONAL, INC. |
| | |
| **Taxpayer ID #:** | **-***4803 |
| **Period Ending:** | 10/27/14 |

| | |
|---|---|
| **Trustee:** | NORMAN NEWMAN (330270) |
| **Bank Name:** | ASSOCIATED BANK |
| **Account:** | *******02 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/13 | | Transfer from Acct #004185041665 | Bank Funds Transfer | 9999-000 | 8,302.19 | | 8,302.19 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,292.19 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 5.91 | 8,286.28 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.13 | 8,275.15 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.30 | 8,262.85 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.89 | 8,250.96 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.27 | 8,238.69 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.85 | 8,226.84 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.23 | 8,214.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.21 | 8,202.40 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.80 | 8,190.60 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.18 | 8,178.42 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.77 | 8,166.65 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 8,166.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,302.19 | 8,302.19 | $0.00 |
| Less: Bank Transfers | 8,302.19 | 8,166.65 | |
| **Subtotal** | 0.00 | 135.54 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$135.54** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-30513 | |
| **Case Name:** XECHEM INTERNATIONAL, INC. | |
| **Taxpayer ID #:** **-***4803 | |
| **Period Ending:** 10/27/14 | |

| | |
|---|---|
| **Trustee:** NORMAN NEWMAN (330270) | |
| **Bank Name:** RABOBANK, N.A. | |
| **Account:** ******9066 - Checking Account | |
| **Blanket Bond:** $5,000,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 8,166.65 | | 8,166.65 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,156.65 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.12 | 8,144.53 |
| 02/10/14 | 30101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #08-30513, Bond #016026455 | 2300-000 | | 7.13 | 8,137.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.92 | 8,126.48 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.29 | 8,115.19 |
| 06/30/14 | 30102 | ALEMBIC LIMITED | Final Distribution | 4110-000 | | 1,000.00 | 7,115.19 |
| 06/30/14 | 30103 | NORMAN NEWMAN | Dividend paid 100.00% on $1,000.00, Trustee Compensation;  Reference: | 2100-000 | | 1,000.00 | 6,115.19 |
| 06/30/14 | 30104 | OFFICE OF THE U.S. TRUSTEE | Dividend paid 100.00% on $975.53, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 975.53 | 5,139.66 |
| 06/30/14 | 30105 | MILLER COOPER | Dividend paid 100.00% on $421.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 421.00 | 4,718.66 |
| 06/30/14 | 30106 | MILLER COOPER | Dividend paid 100.00% on $2,799.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,799.00 | 1,919.66 |
| 06/30/14 | 30107 | OFFICE OF THE U.S. TRUSTEE | Dividend paid 100.00% on $976.66, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 976.66 | 943.00 |
| 06/30/14 | 30108 | METRO FOUR ASSOCIATES, L.P. | Dividend paid  0.14% on $22,717.91, Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11);  Reference:<br>Stopped on 10/03/14 | 6920-000 | | 31.84 | 911.16 |
| 06/30/14 | 30109 | SNR DENTON US LLP | Dividend paid  0.14% on $8,270.10, Other Professional Fees (Prior Chapter);  Reference: | 6700-000 | | 11.59 | 899.57 |
| 06/30/14 | 30110 | SNR DENTON US LLP | Dividend paid  0.14% on $362,925.00, Other Professional Expenses (Prior Chapter); Reference: | 6710-000 | | 508.63 | 390.94 |
| 06/30/14 | 30111 | LOCKE LORD BISSELL & LIDDELL, LLP | Dividend paid  0.14% on $86,021.00, Other Professional Fees (Prior Chapter);  Reference: | 6700-000 | | 120.56 | 270.38 |
| 06/30/14 | 30112 | HELLER DRAPER HAYDEN PATRICK & HORN | Dividend paid  0.14% on $23,317.53, Other Professional Fees (Prior Chapter);  Reference: | 6700-000 | | 32.68 | 237.70 |
| 06/30/14 | 30113 | HELLER DRAPER HAYDEN PATRICK & HORN | Dividend paid  0.14% on $167,927.50, Other Professional Fees (Prior Chapter);  Reference: | 6700-000 | | 235.35 | 2.35 |
| 06/30/14 | 30114 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided on 06/30/14 | 6710-000 | | 2.35 | 0.00 |
| 06/30/14 | 30114 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 6710-000 | | -2.35 | 2.35 |
| | | | Subtotals : | | $8,166.65 | $8,164.30 | |

{} Asset reference(s)

Printed: 10/27/2014 10:14 AM    V.13.18

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-30513 |
| Case Name: | XECHEM INTERNATIONAL, INC. |
| Taxpayer ID #: | **-***4803 |
| Period Ending: | 10/27/14 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330270) |
| Bank Name: | RABOBANK, N.A. |
| Account: | ******9066 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 06/30/14 | | | | |
| 06/30/14 | 30115 | LOCKE LORD BISSELL & LIDDELL, LLP | Dividend paid 0.14% on $1678.36, Other Professional Expenses (Prior Chapter); | 6710-000 | | 2.35 | 0.00 |
| 10/03/14 | 30108 | METRO FOUR ASSOCIATES, L.P. | Dividend paid  0.14% on $22,717.91, Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11);  Reference: Stopped: check issued on 06/30/14 | 6920-000 | | -31.84 | 31.84 |
| 10/03/14 | 30116 | Clerk of the United States Bankruptcy Court | Turnover of Unclaimed Funds | 2990-000 | | 31.84 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,166.65 | 8,166.65 | $0.00 |
| Less: Bank Transfers | 8,166.65 | 0.00 | |
| **Subtotal** | 0.00 | 8,166.65 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$8,166.65** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******16-65** | **59,702.60** | **50,800.41** | **0.00** |
| **Checking # ****-******16-66** | **-600.00** | **0.00** | **0.00** |
| **Checking # ********02** | **0.00** | **135.54** | **0.00** |
| **Checking # ******9066** | **0.00** | **8,166.65** | **0.00** |
| | **$59,102.60** | **$59,102.60** | **$0.00** |

{} Asset reference(s)